HARRIS M. MUFSON, *pro hac vice*
hmufson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000

MATTHEW D. MCGILL, *pro hac vice*
mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000

CHRISTINE DEMANA, *pro hac vice*
cdemana@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: 214.698.3100

*Attorneys for Plaintiff*
*ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS | Case No. 2:24-cv-8280-WLH-E<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF REQUEST FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE TO REFILING AFTER ADDITIONAL DISCOVERY** |

Gibson, Dunn & Crutcher LLP

i

PLAINTIFF'S NOTICE OF WITHDRAWAL OF REQUEST FOR PI WITHOUT PREJUDICE
CASE NO. 24-CV-8280-WLH-E

1  VASCONCELOS,
2        Defendants.

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 7-16, Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") hereby withdraws its request for preliminary injunction without prejudice, which request is currently scheduled to be heard on November 8, 2024 at 11:30 a.m.

On October 16, 2024, the Court counseled that, "if Plaintiff believes discovery is necessary for a preliminary injunction hearing, Plaintiff can stipulate to continue the preliminary injunction hearing and seek expedited discovery through a regular noticed motion." (ECF No. 54). Accordingly, Swan makes this withdrawal without prejudice to refiling for a preliminary injunction and re-setting the preliminary injunction hearing after the resolution of (1) Swan's pending motion to compel certain Defendants to return their Swan-issued laptops (*see* ECF No. 53) and/or (2) Swan's anticipated, regular noticed motion for expedited discovery from all Defendants.

DATED: October 18, 2024

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Ilissa Samplin*
Ilissa Samplin

*Attorneys for Plaintiff*