HARRIS M. MUFSON, *pro hac vice*
hmufson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212.351.4000

MATTHEW D. MCGILL, *pro hac vice*
mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000

CHRISTINE DEMANA, *pro hac vice*
cdemana@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: 214.698.3100

*Attorneys for Plaintiff*
ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**GIBSON, DUNN & CRUTCHER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN**<br><br>Date: January 10, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 6A<br>Judge: Hon. Michelle Williams Court<br><br>Action Filed: September 25, 2024 |

Gibson, Dunn & Crutcher LLP

GIBSON, DUNN & CRUTCHER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 10, 2025 at 1:30 p.m. or as soon thereafter as may be heard in Courtroom 6A of the above-entitled court, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Michelle Williams Court, district judge, Gibson, Dunn & Crutcher LLP ("Gibson Dunn") shall and hereby does seek leave of this Court to withdraw as counsel of record for Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan").

This Motion will be made on the grounds that Gibson Dunn and Swan's attorney-client relationship has broken down such that Gibson Dunn can no longer represent Swan, as Swan has filed an action in Los Angeles County Superior Court asserting claims of breach of fiduciary duty and legal malpractice against Gibson Dunn and has stated that it will "never" pay Gibson Dunn's legal fees.

In accordance with Local Civil Rules 83-2.3.2 and 83-2.3.4, Gibson Dunn provided written notice to Swan of Gibson Dunn's intent to withdraw due to the complete breakdown of the attorney-client relationship, as well as the consequences of Swan's inability to appear *pro se* in this action as an organization.

This Motion is made pursuant to Local Civil Rule 83-2.3 *et seq.*, and is based on this Notice, this Memorandum of Points and Authorities, the accompanying Declaration of Harris M. Mufson, the accompanying Declaration of Matthew D. McGill, the accompanying Declaration of Martin A. Hewett, the accompanying Proposed Order, all the pleadings and papers on file herein, and on such further evidence and argument that may be presented prior to or at the hearing of this Motion.

Gibson, Dunn & Crutcher LLP

GIBSON, DUNN & CRUTCHER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN

| | |
|---|---|
| DATED: November 24, 2024 | Respectfully submitted, |
| | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ *Ilissa Samplin* |
| | Ilissa Samplin |
| | *Attorneys for Plaintiff* |

3

GIBSON, DUNN & CRUTCHER LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN