1    HARRIS M. MUFSON, *pro hac vice*
     hmufson@gibsondunn.com
2    GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
3    New York, New York  10166-0193
     Telephone:  212.351.4000
4
     MATTHEW D. MCGILL, *pro hac vice*
5      mmcgill@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6    1700 M Street, N.W.
     Washington, D.C.  20036-4504
7    Telephone:  202.955.8500

8    ILISSA SAMPLIN, SBN 314018
     isamplin@gibsondunn.com
9    GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
10   Los Angeles, California  90071-3197
     Telephone:  213.229.7000
11
     CHRISTINE DEMANA, *pro hac vice*
12      cdemana@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
13   2001 Ross Avenue, Suite 2100
   Dallas, Texas  75201-2923
14   Telephone:  214.698.3100

15   *Attorneys for Plaintiff*
     *ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

16

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>           Plaintiff,<br>   v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>           Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**[PROPOSED] ORDER GRANTING GIBSON DUNN & CRUTCHER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN**<br><br>Judge:  Hon. Michelle Williams Court<br>Action Filed:  September 25, 2024 |

Gibson, Dunn &
Crutcher LLP

1   The Court, having considered Gibson Dunn & Crutcher LLP's Motion to

2   Withdraw As Counsel For Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin, **HEREBY**

3   **ORDERS THAT**:

4   Gibson Dunn & Crutcher LLP's ("Gibson Dunn") Motion is **GRANTED** and

5   Gibson Dunn is relieved as counsel of record for Plaintiff Electric Solidus, Inc. d/b/a

6   Swan Bitcoin in the above-captioned matter.

7   **IT IS SO ORDERED.**

8

9   Dated: _____

10

11                                       By:_____
                                             Hon. Judge Michelle Williams Court
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING GIBSON DUNN & CRUTCHER LLP'S MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN