| | |
|---|---|
| 1 | HARRIS M. MUFSON, *pro hac vice* |
| | hmufson@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| 3 | New York, New York  10166-0193 |
| | Telephone:  212.351.4000 |
| 4 | |
| | MATTHEW D. MCGILL, *pro hac vice* |
| 5 | mmcgill@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 1700 M Street, N.W. |
| | Washington, D.C.  20036-4504 |
| 7 | Telephone:  202.955.8500 |
| 8 | ILISSA SAMPLIN, SBN 314018 |
| | isamplin@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 10 | Los Angeles, California  90071-3197 |
| | Telephone:  213.229.7000 |
| 11 | |
| 12 | CHRISTINE DEMANA, *pro hac vice* |
| | cdemana@gibsondunn.com |
| 13 | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| 14 | Dallas, Texas  75201-2923 |
| | Telephone:  214.698.3100 |

*Attorneys for Plaintiff*
ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation, <br><br>                     Plaintiff, <br>        v. <br><br> PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS, <br><br>                     Defendants. | Case No. 2:24-cv-8280-MWC-E <br><br> **DECLARATION OF MARTIN A. HEWETT IN SUPPORT OF GIBSON, DUNN & CRUTCHER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN** <br><br> Judge:  Hon. Michelle Williams Court |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MARTIN A. HEWETT IN SUPPORT OF GIBSON, DUNN & CRUTCHER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN

I, MARTIN A. HEWETT, declare and state as follows:

1. I am a partner and Deputy General Counsel at the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I have personal knowledge of all the facts set forth in this declaration and, if called to testify, I could and would competently testify to them.

2. I submit this declaration in support of Gibson Dunn's Motion to Withdraw as Counsel for Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan").

3. On October 30, 2024, Barry H. Berke joined Gibson Dunn as a partner, along with a team of several other attorneys who also joined the firm as partners (Dani James, Michael Martinez, Darren LaVerne, and Jordan Estes), all of whom had previously been partners at Kramer Levin Naftalis & Frankel LLP.

4. While there was no matter in which Mr. Berke or his team was involved that was adverse to Swan, as a precaution the Firm implemented an ethical screen when Mr. Berke and his team joined Gibson Dunn between them and the lawyers working on any matters for Swan.

5. The Firm does not currently represent Tether on any matter and Tether is not currently a party to any litigation in which the Firm represents Swan or any other client. Swan has referenced a case in the United States District Court for the Southern District of New York, which I believe is *Tiger Mines New York, Incorporated v. Tether Holdings Limited et al.* (S.D.N.Y. Case No. 1:24-cv-05905-VEC), in which Mr. Berke's Gibson Dunn contact information is listed on the docket. That appears to have been a result of a global change to Mr. Berke's ECF contact information, as Gibson Dunn never made an appearance in that case and did not represent Tether in that matter. That matter was closed by the court on November 8, 2024, only a handful of days after Mr. Berke joined Gibson Dunn, as the result of the plaintiff filing a notice of voluntary dismissal.

6. On November 19, 2024, I spoke with David Wollmuth of Wollmuth Maher & Deutsch LLP, who had previously identified himself as counsel for Swan. He told me that Swan demanded a payment from Gibson Dunn of $18 million. I understood Mr.

DECLARATION OF MARTIN A. HEWETT IN SUPPORT OF GIBSON DUNN & CRUTCHER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN

Wollmuth to mean that absent such a payment by Gibson Dunn, Swan would oppose any motion by Gibson Dunn to withdraw as Swan's counsel in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of November in 2024, in Washington D.C.

_____
Martin A. Hewett

3

DECLARATION OF MARTIN A. HEWETT IN SUPPORT OF GIBSON DUNN & CRUTCHER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ELECTRIC SOLIDUS, INC. D/B/A SWAN BITCOIN