UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  LA CV24-8280-MWC (Ex) | Date: January 30, 2025 |
| Title  Electric Solidus, Inc. v. Proton Management LTD. *et al.* | |

Present: The Honorable:  Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) The Court MOOTS the motions filed by Specially Appearing Defendant Proton Management Ltd. (Dkt. # 79) and Individual Defendants (Dkt. # 80)**

On December 23, 2024, Specially Appearing Defendant Proton Management Ltd. ("Proton") filed a motion to dismiss for lack of personal jurisdiction. Dkt. # 79. That same day, Defendants Lucas Vasconcelos, Thomas Patrick Furlong, Ilios Corp., Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez (collectively, the "Individual Defendants") filed a motion to compel arbitration and, in the alternative, motion to dismiss. Dkt. # 80. On January 7, 2025, the Court granted the parties stipulation to extend time to respond to the motions by opposition and/or to amend Plaintiff's complaint, up to and including January 27, 2025. Dkt. # 96. On January 27, 2025, Plaintiff filed an amended complaint. Dkt. 101. Accordingly, the motions filed by Proton and Individual Defendants are deemed **MOOT**.

**IT IS SO ORDERED.**

| | : |
|---|---|
| | Initials of Preparer   TJ |