1  RYAN S. LANDES (State Bar No. 252642)
   ryanlandes@quinnemanuel.com
2  Quinn Emanuel Urquhart & Sullivan, LLP
   865 S Figueroa Street, Floor 10
3  Los Angeles, CA 90017-5003
   Telephone: (213) 443-3145
4  Facsimile:  (213) 443-3100

5  STACYLYN M. DOORE (*pro hac vice*)
   stacylyndoore@quinnemanuel.com
6  Quinn Emanuel Urquhart & Sullivan, LLP
   111 Huntington Avenue, Suite 520
7  Boston, MA 02199
   Telephone: (617) 712-7100
8  Facsimile:  (617) 712-7200

9  RACHEL E. EPSTEISN (*pro hac vice*)
   rachelepstein@quinnemanuel.com
10 Quinn Emanuel Urquhart & Sullivan, LLP
   295 Fifth Avenue
11 New York, NY 10016
   Telephone: (212) 849-7000
12 Facsimile:  (212) 849-7100

13 *Attorneys for Plaintiff*
   ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO SERVE RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>**DISCOVERY MATTER**<br><br>Hearing Date: March 28, 2025<br>Time: 9:30 a.m.<br>Place: Courtroom 750, 7th Fl.<br>Judge: Hon. Charles F. Eick<br><br>Discovery Cutoff: Nov. 7, 2025<br>Pre-Trial Conf. Date: April 26, 2026<br>Trial Date: May 4, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 28, 2025 at 9:30 a.m. or as soon thereafter as may be heard in Courtroom 750, 7th Floor of the above-entitled court, located at Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") will and hereby moves this Court for an order compelling Defendants to serve Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a).

This Motion is made pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure and Local Rule 37-1.

This Motion is based on this Notice of Motion, the concurrently filed Joint Stipulation, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Pursuant to Local Rule 37-1, the parties met and conferred regarding this Motion by written correspondence exchanged on February 22, 2025 and February 23, 2025 and by a teleconference conducted on February 25, 2025, but the parties were not able to consensually resolve these discovery disputes

DATED:  March 7, 2025            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Ryan S. Landes*
　　　Ryan S. Landes

*Attorney for Plaintiff*
*Electric Solidus, Inc. d/b/a Swan Bitcoin*