# EXHIBIT D

DANIEL J. BERGESON, SBN 105439
dbergeson@be-law.com
REBECCA KAUFMAN, SBN 199534
rkaufman@be-law.com
JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
ADAM C. TRIGG, SBN 261498
atrigg@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Specially Appearing Defendant
PROTON MANAGEMENT LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASONCELOS,<br><br>    Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**SPECIALLY APPEARING DEFENDANT PROTON MANAGEMENT LTD.'S OBJECTION TO FED. R. CIV. P. 26(a)(1)(A) INITIAL DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), specially appearing Defendant Proton Management Ltd. ("Proton") objects to and will not be making initial disclosures as contemplated under Rule 26(a)(1)(A) at this time. As stated in the parties' Rule 26(f) meet and confer and again in the parties' Joint Rule 26(f) Report, discovery at this time is not appropriate because this case should be dismissed due to the Court's lack of personal jurisdiction over Proton, whose Motion to Dismiss will be filed on February 24, 2025. Given Proton's objection, Proton will not be providing initial disclosures at this time.

Notwithstanding Proton's objection and reserving rights and without waiving its objections to this Court's jurisdiction, Proton refers Swan to the parties' Joint Rule 26(f) Report. Proton reserves all rights to make, supplement or modify its disclosures as may be necessary or required by applicable rules or further order of this Court.

Dated: February 21, 2025          BERGESON, LLP

By: ___/s/ Adam C. Trigg___
     Adam C. Trigg

Attorneys for Specially Appearing Defendant
PROTON MANAGEMENT LTD.

1

SPECIALLY APPEARING DEFENDANT PROTON MANAGEMENT LTD.'S OBJECTION TO FED. R. CIV. P. 26(a)(1)(A) INITIAL DISCLOSURE, Case No. 2:24-cv-8280-MWC-E

# CERTIFICATE OF SERVICE

I, Emma Tofelogo-Fernandez, hereby certify that on this 21st day of February, 2025, a copy of the foregoing **SPECIALLY APPEARING DEFENDANT PROTON MANAGEMENT LTD.'S OBJECTION TO FED. R. CIV. P. 26(a)(1)(A) INITIAL DISCLOSURES** was served via email, on the following:

| Attorneys for Plaintiff **ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN**<br><br>Ryan S. Landes<br>ryanlandes@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S Figueroa St., Fl. 10<br>Los Angeles, CA 90017-5003<br>Tel:   213-443-3145<br><br>Stacylyn M. Doore (admitted *pro hac vice*)<br>stacylyndoore@quinnemanuel.com<br>Ryan Gorman<br>ryangorman@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Ave., Ste. 520<br>Boston, MA 02199<br>Tel:   617-712-7100<br><br>Rachel E. Epstein (admitted *pro hac vice*)<br>rachelepstein@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>295 Fifth Avenue<br>New York, NY 10016<br>Tel:   212-849-7000 | Attorneys for Individual Defendants **THOMAS PATRICK FURLONG, ILIOS CORP., MICHAEL ALEXANDER HOLMES, RAFAEL DIAS MONTELEONE, SANTHIRAN NAIDOO, ENRIQUE ROMUALDEZ, and LUCAS VASCONCELOS**<br><br>Grant P. Fondo<br>gfondo@goodwinlaw.com<br>GOODWIN PROCTER<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel:   650-752-3100<br><br>Matthew P. Kanny<br>mkanny@goodwinlaw.com<br>GOODWIN PROCTER<br>520 Broadway, Suite 500<br>Santa Monica, CA 90401<br>Tel:   424-252-6400<br><br>Amanda H. Russo<br>arusso@goodwinlaw.com<br>GOODWIN PROCTER<br>601 South Figueroa Street, Suite 4100<br>Los Angeles, CA 90017<br>Tel:   231-426-2500 |

_____
Emma Tofelogo-Fernandez