GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

MATTHEW P. KANNY (SBN 167118)
MKanny@goodwinlaw.com
AARON S. THOMPSON (SBN 272391)
AThompson@goodwinlaw.com
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401-2449
Tel.: +1 424 436 3001
Fax: +1 424 316 3280

AMANDA H. RUSSO (SBN 319617)
ARusso@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

*Attorneys for Defendants Thomas Patrick Furlong, Ilios Corp., Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, and Lucas Vasconcelos*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., et al.,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**DECLARATION OF MATTHEW KANNY IN SUPPORT OF INDIVIDUAL DEFENDANTS' EX PARTE APPLICATION FOR PROTECTIVE ORDER CONTINUING RETURN DATES OF PLAINTIFF'S THIRD-PARTY SUBPOENAS**<br><br>**DISCOVERY MATTER**<br><br>Judge: Hon. Charles F. Eick<br><br>Discovery Cutoff: November 7, 2025<br>Pre-Trial Conf. Date: April 26, 2026 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF MATTHEW KANNY ISO INDIVIDUAL DEFENDANTS'
EX PARTE APPLICATION FOR PROTECTIVE ORDER CONTINUING RETURN DATES OF THIRD-PARTY SUBPOENAS

| | Trial Date: | May 4, 2026 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF MATTHEW KANNY ISO INDIVIDUAL DEFENDANTS'
EX PARTE APPLICATION FOR PROTECTIVE ORDER CONTINUING RETURN DATES OF THIRD-PARTY SUBPOENAS
-ii-

I, Matthew P. Kanny, declare as follows:

1. I am a partner with the law firm Goodwin Procter LLP and a member of the bar of this Court. Goodwin Procter LLP represents Defendants Thomas Patrick Furlong, Ilios Corporation, Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, and Lucas Vasconcelos (collectively, the "Individual Defendants") in the above-captioned matter. I submit this Declaration in connection with the Individual Defendants' Ex Parte Application for Protective Order Continuing Return Dates of Plaintiff's Third-Party Subpoenas. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached as **Exhibit A** hereto is a true and correct copy of Plaintiff's Notice of Subpoena to Produce Documents to be Served on CS Global Energy US II Inc. dated February 21, 2025.

3. Attached as **Exhibit B** hereto is a true and correct copy of Plaintiff's Notice of Subpoena to Produce Documents to be Served on Digihost International Inc. dated February 21, 2025.

4. Attached as **Exhibit C** hereto is a true and correct copy of Plaintiff's Notice of Subpoena to Produce Documents to be Served on GeoBitmine Idaho LLC dated February 21, 2025.

5. Attached as **Exhibit D** hereto is a true and correct copy of Plaintiff's Notice of Subpoena to Produce Documents to be Served on Standard Power Hosting Infra Company LLC dated February 21, 2025.

6. Attached as **Exhibit E** hereto is a true and correct copy of Plaintiff's Notice of Subpoena to Produce Documents to be Served on Bitdeer Inc. dated February 26, 2025.

7. On March 7, 2025, I sent an email to Ryan Landes, Rachel Epstein, Stacylyn Doore, and Ryan Gorman, counsel for Electric Solidus, Inc. d/b/a Swan Bitcoin ("Plaintiff" or "Swan"). I asked Swan to agree to extend the return date for

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF MATTHEW KANNY ISO INDIVIDUAL DEFENDANTS'
EX PARTE APPLICATION FOR PROTECTIVE ORDER CONTINUING RETURN DATES OF THIRD-PARTY SUBPOENAS
-1-

the five third-party subpoenas (identified above in paragraphs 2-6) to 21 days after March 28, 2025, to give the Court time to rule on the pending motions to compel arbitration, to stay and to dismiss, and to allow the parties adequate time to comply with Local Rule 37-2. In my email, I detailed the basis for the request and ex parte application, and requested Plaintiff's counsel's availability to meet and confer regarding the third-party subpoenas. Attached as **Exhibit F** hereto is true and correct copy of my March 7, 2025 email.

8. On March 10, 2025, counsel for Plaintiff emailed me back. Plaintiff's counsel rejected the Individual Defendants' proposal to extend the return date of the subpoenas to 21 days after March 28, 2025, and advised that they would oppose the ex parte application. On the same day, I responded to Plaintiff's counsel's email advising them that the parties are at an impasse, that the Individual Defendants would be filing the ex parte application by about 9:00 am Pacific time on March 11, 2025, and that Swan has 24 hours from the filing of the ex parte application to oppose the application. I also responded to several arguments raised by Plaintiff's counsel in their email, and confirmed that Swan will be opposing the application. Attached as **Exhibit G** hereto is a true and correct copy of this email exchange with counsel. On March 11, 2025, at about 7:50 a.m Pacific time, I called and left separate messages for Ryan Landes and Stacylyn Doore, counsel for Plaintiff, advising them via phone that the Individual Defendants would be filing an ex parte application by about 9:00 am Pacific time on March 11, 2025, that Swan's opposition is due within 24 hours of the filing of the ex parte application, and of the substance of and basis for the ex parte application.

9. Counsel for Specially Appearing Defendant Proton Management Ltd. ("Proton") informed me that Proton does not oppose this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2025.

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF MATTHEW KANNY ISO INDIVIDUAL DEFENDANTS'
EX PARTE APPLICATION FOR PROTECTIVE ORDER CONTINUING RETURN DATES OF THIRD-PARTY SUBPOENAS
-2-

*/s/ Matthew P. Kanny*
Matthew P. Kanny

Goodwin Procter LLP
Attorneys at Law

Declaration of Matthew Kanny ISO Individual Defendants' Ex Parte Application for Protective Order Continuing Return Dates of Third-Party Subpoenas

-3-