RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone:  (213) 443-3145
Facsimile:   (213) 443-3100

STACYLYN M. DOORE (*pro hac vice*)
stacylyndoore@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:  (617) 712-7100
Facsimile:   (617) 712-7200

RACHEL E. EPSTEISN (*pro hac vice*)
rachelepstein@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*Attorneys for Plaintiff*
ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ENTRY OF A PROTECTIVE ORDER**<br><br>**DISCOVERY MATTER**<br><br>Hearing Date:           May 2, 2025<br>Time:                           9:30 a.m.<br>Place:      Courtroom 750, 7th Fl.<br>Judge:        Hon. Charles F. Eick<br><br>Discovery Cutoff:  November 7, 2025<br>Pre-Trial Conf. Date:  April 26, 2026<br>Trial Date:                 May 4, 2026 |

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL ENTRY OF A PROTECTIVE ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 2, 2025 at 9:30 a.m. or as soon thereafter as may be heard in Courtroom 750, 7th Floor of the above-entitled court, located at Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") will and hereby moves this Court for an order compelling entry of a protective order.

This Motion is made pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure and Local Rule 37-1.

This Motion is based on this Notice of Motion, the concurrently filed Joint Stipulation, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Pursuant to Local Rule 37-1, the parties met and conferred regarding this Motion by written correspondence exchanged beginning on February 14, 2025 and by teleconferences conducted on February 21, 2025 and April 4, 2025, but the parties were not able to consensually resolve these discovery disputes

DATED: April 11, 2025        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Ryan S. Landes
    Ryan S. Landes

    *Attorney for Plaintiff*
    *Electric Solidus, Inc. d/b/a Swan Bitcoin*