GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

MATTHEW P. KANNY (SBN 167118)
*MKanny@goodwinlaw.com*
AARON S. THOMPSON (SBN 272391)
*AThompson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401-2449
Tel.: +1 424 436 3001
Fax: +1 424 316 3280

AMANDA H. RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

*Attorneys for Defendants Thomas Patrick Furlong, Ilios Corp., Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, And Lucas Vasconcelos*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., et al.,<br><br>Defendants. | Case No. 2:24-cv-08280-MWC-E<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Michelle Williams Court<br><br>Complaint Filed: September 25, 2024<br>FAC Filed: January 27, 2025 |

Defendants Thomas Patrick Furlong, Michael Alexander Holmes, Ilios Corporation ("Ilios"), Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, and Lucas Vasconcelos (collectively, the "Individual Defendants") and Defendant Proton Management Ltd. ("Proton," together with the Individual Defendants, "Defendants"), and Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Plaintiff" or "Swan," and collectively with Defendants, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") in this action on January 27, 2025 (ECF No. 101);

WHEREAS, on February 24, 2025, Individual Defendants filed a Motion to Compel Arbitration, and In the Alternative, Motion to Dismiss the Amended Complaint ("Individual Defendants' Motion to Dismiss") (ECF No. 122) and Defendant Proton filed a Motion to Dismiss for Lack of Personal Jurisdiction, or In The Alternative, Motion To Dismiss For Failure To State A Claim ("Proton's Motion to Dismiss") (ECF No. 121) (together "Defendants' Motions to Dismiss");

WHEREAS, on April 9, 2025, the Court granted in part and dismissed in part the Individual Defendants' Motion to Dismiss and denied Proton's Motion to Dismiss;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to Answer the FAC is April 23, 2025;

WHEREAS, to allow Defendants to properly confer with all of their clients regarding the allegations in the 93-page FAC, the Parties have agreed to briefly extend the deadline for Defendants to answer the FAC by one week, to and including April 30, 2025 (*see* Declaration of Amanda H. Russo ("Russo Decl.") ¶ 3);

WHEREAS, good cause exists for the extension to ensure the Defendants have adequate time to confer with their clients in connection with Defendants' Answers to the FAC (*see* Russo Decl. ¶ 2);

WHEREAS, Defendants contend that they would be prejudiced if a continuance is not granted as they will have insufficient time to adequately review and submit an Answer to the allegations in the FAC;

WHEREAS, the Parties have previously filed a stipulation to extend responsive pleading and briefing deadlines in connection with the filing of the initial Complaint (ECF No. 66) and the First Amended Complaint (ECF No. 108). However, this is the first stipulation to extend the deadline to respond to the FAC after the Court's ruling (ECF No. 164) on Defendants' Motions to Dismiss;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by its undersigned counsel, and Defendants, by their undersigned counsel, that Defendants shall have up to and including April 30, 2025, to answer the FAC in this action.

Respectfully submitted,

Dated: April 23, 2025

/s/ Amanda H. Russo
**GOODWIN PROCTER LLP**

GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
MATTHEW P. KANNY (SBN 167118)
MKanny@goodwinlaw.com
AMANDA H. RUSSO (SBN 319617)
ARusso@goodwinlaw.com
AARON S. THOMPSON (SBN 272391)
AThompson@goodwinlaw.com

*Attorneys for Defendants THOMAS PATRICK FURLONG, ILIOS CORP., MICHAEL ALEXANDER HOLMES, RAFAEL DIAS MONTELEONE, SANTHIRAN NAIDOO, ENRIQUE ROMUALDEZ, and LUCAS VASCONCELOS*

Dated: April 23, 2025

*/s/ Adam C. Trigg*
**BERGESON, LLP**

DANIEL J. BERGESON (SBN 105439)
*dbergeson@be-law.com*
ADAM C. TRIGG (SBN 261498)
*atrigg@be-law.com*
JAIDEEP VENKATESAN (SBN 211386)
*jvenkatesan@be-law.com*
REBECCA KAUFMAN (SBN 199534)
*rkaufman@be-law.com*

*Attorneys for Defendant PROTON MANAGEMENT LTD.*

Dated: April 23, 2025

*/s/ Ryan S. Landes*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

RYAN S. LANDES (State Bar No. 252642)
*ryanlandes@quinnemanuel.com*
STACYLYN M. DOORE (*pro hac vice*)
*stacylyndoore@quinnemanuel.com*
RACHEL E. EPSTEIN (*pro hac vice*)
*rachelepstein@quinnemanuel.com*

*Attorneys for Plaintiff ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

## **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Amanda H. Russo*
AMANDA H. RUSSO

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **April 23, 2025**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **April 23, 2025**.

*/s/ Amanda H. Russo*
AMANDA H. RUSSO