1  GRANT P. FONDO (SBN 181530)
   GFondo@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, CA 94063
   Tel: +1 650 752 3100
4  Fax: +1 650 853 1038

5  MATTHEW P. KANNY (SBN 167118)
   MKanny@goodwinlaw.com
6  AARON S. THOMPSON (SBN 272391)
   AThompson@goodwinlaw.com
7  **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
8  Santa Monica, CA  90401-2449
   Tel.: +1 424 436 3001
9  Fax: +1 424 316 3280

10 AMANDA H. RUSSO (SBN 319617)
   ARusso@goodwinlaw.com
11 **GOODWIN PROCTER LLP**
   601 South Figueroa Street, Suite 4100
12 Los Angeles, California 90017
   Tel.: +1 213 426 2500
13 Fax: +1 213 623 1673

14 *Attorneys for Defendants Thomas Patrick Furlong, Ilios Corp., Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, and Lucas Vasconcelos*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., et al.,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**DECLARATION OF AMANDA H. RUSSO ISO STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Michelle Williams Court<br><br>Complaint Filed: September 25, 2024<br><br>FAC Filed: January 27, 2024 |

# DECLARATION OF MATTHEW P. KANNY

I, Amanda H. Russo, declare as follows:

1. I am a Partner with the law firm Goodwin Procter LLP and a member of the bar of this Court. I represent Defendants THOMAS PATRICK FURLONG, MICHAEL ALEXANDER HOLMES, ILIOS CORPORATION ("Ilios"), RAFAEL DIAS MONTELEONE, SANTHIRAN NAIDOO, ENRIQUE ROMUALDEZ, and LUCAS VASCONCELOS (collectively, the "Individual Defendants") in the above-captioned matter. I submit this Declaration in connection with Individual Defendants, Defendant Proton Management Ltd. ("Proton," together with the Individual Defendants, "Defendants"), and Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin's ("Plaintiff" or "Swan," and collectively with Defendants, the "Parties") Stipulation to Extend Time for Defendants to Answer Plaintiff's First Amended Complaint ("FAC"). Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Due to the volume of information to be discussed with each Defendant in connection with the FAC, and the limited time between the issuance of the Court's decision and the current filing deadline, Defendants are requesting to extend the deadline to answer the FAC to allow adequate time to assess matters raised in Plaintiff's FAC.

3. The Parties have agreed that Defendants may have through and including April 30, 2025 to respond to the FAC.

4. I declare under penalty of perjury under the laws of the United States of America that to the best of my understanding the foregoing is true and correct.

Executed on April 23, 2025

*/s/ Amanda H. Russo*
AMANDA H. RUSSO