

1
2
3
4
5
6
7
8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11 WESTERN DIVISION

12 ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN,

Case No. 2:24-cv-08280-MWC-E

13 Plaintiff,

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT**

14 v.

15 PROTON MANAGEMENT LTD., et al.,

16

Judge:  Hon. Michelle Williams Court

17 Defendants.

Complaint Filed: September 25, 2024
FAC Filed: January 27, 2025

18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Upon consideration of the Stipulation to Extend Time for Defendants to Answer Plaintiff's First Amended Complaint between Defendants Thomas Patrick Furlong, Michael Alexander Holmes, Ilios Corporation ("Ilios"), Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, Lucas Vasconcelos (Furlong, Holmes, Ilios, Monteleone, Naidoo, Romualdez, and Vasconcelos, collectively referred to herein as the "Individual Defendants"), Defendant Proton Management Ltd. ("Proton," together with the Individual Defendants, "Defendants"), and Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Plaintiff"), and good cause appearing, IT IS HEREBY ORDERED that Defendants shall have up to and including Wednesday, April 30, 2025, to answer Plaintiff's First Amended Complaint in this action.

**IT IS SO ORDERED**


Dated: _____, 2025    _____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE