RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone: (213) 443-3145/Fax: (213) 443-3100

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100/Fax: (617) 712-7200

RACHEL E. EPSTEIN (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000/Fax: (212) 849-7100

[*Additional counsel on signature page*]

*Attorneys for Plaintiff*
*ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC.<br>d/b/a SWAN BITCOIN,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD.,<br>a British Virgin Islands corporation;<br>THOMAS PATRICK FURLONG;<br>ILIOS CORP., a California corporation;<br>MICHAEL ALEXANDER HOLMES;<br>RAFAEL DIAS MONTELEONE;<br>SANTHIRAN NAIDOO;<br>ENRIQUE ROMUALDEZ; and<br>LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO COMPLY WITH TARGETED DISCOVERY**<br><br>**DISCOVERY MATTER**<br><br>Hearing Date:    May 16, 2025<br>Time:    9:30 a.m.<br>Place:    Courtroom 750, 7th Fl.<br>Judge:    Hon. Charles F. Eick<br><br>Discovery Cutoff: November 7, 2025<br>Pre-Trial Conf. Date: April 26, 2026<br>Trial Date:    May 4, 2026 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 16, 2025 at 9:30 a.m. or as soon thereafter as may be heard in Courtroom 750, 7th Floor of the above-entitled court, located at Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA, 90012, Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") will and hereby moves this Court for an order compelling Defendants to respond fully to Swan's Targeted Discovery Requests, and overruling Defendants' objections to those Requests..

This Motion is made pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure and Local Rule 37-1.

This Motion is based on this Notice of Motion, the concurrently filed Joint Stipulation, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

Pursuant to Local Rule 37-1, the parties met and conferred regarding this Motion by written correspondence exchanged beginning on March 28, 2025 and by teleconferences conducted on March 26, April 1, and April 3, 2025, but the parties were not able to consensually resolve these discovery disputes.

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL TARGETED DISCOVERY

<table>
<tr><td>1</td><td>DATED:  April 23, 2025</td><td>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP</td></tr>
</table>

DATED:  April 23, 2025        QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

By */s/ Ryan S. Landes*
     RYAN S. LANDES (State Bar No.
     252642)
     ryanlandes@quinnemanuel.com
     865 S Figueroa Street, Floor 10
     Los Angeles, CA 90017-5003
     Telephone: (213) 443-3145
     Facsimile: (213) 443-3100

     STACYLYN M. DOORE (*pro hac vice*)
     stacylyndoore@quinnemanuel.com
     111 Huntington Avenue, Suite 520
     Boston, MA 02199
     Telephone: (617) 712-7100
     Facsimile: (617) 712-7200

     RACHEL E. EPSTEIN (*pro hac vice*)
     rachelepstein@quinnemanuel.com
     295 Fifth Avenue
     New York, NY 10016
     Telephone: (212) 849-7000
     Facsimile: (212) 849-7100

     AUSTIN BUSCHER
     austinbuscher@quinnemanuel.com
     555 Twin Dolphin St., Fifth Floor
     Redwood Shores, CA 94065
     Telephone:  (650) 801-5000
     Facsimile:  (650) 801-5100

     JEFFREY WILLIAM NARDINELLI
     jeffnardinelli@quinnemanuel.com
     50 California Street 22nd Floor
     San Francisco, CA 94111
     Telephone:  415-875-6600
     Facsimile: 415-875-6700

     *Attorneys for Plaintiff*
     *ELECTRIC SOLIDUS, INC.*
     *d/b/a SWAN BITCOIN*

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL TARGETED DISCOVERY