# EXHIBIT H

---------- Forwarded message ---------
From: **Anderson Archer** <aarcher@fusion-ind.com>
Date: Tue, Mar 18, 2025 at 8:31 AM
Subject: Invoice 50565
To: Kar Sola <kar@elektron-energy.com>, Mining Finance <mining.finance@swanbitcoin.com> Cc: Robert Vrtis <rvrtis@fusion-ind.com>


See attached invoice 50565 for processing.  Let me know if you have any questions.


**Buddy Archer**

Purchasing Analyst

Fusion Industries, LLC

(M) 405-919-6676

(E) aarcher@fusion-ind.com

**Fusion Engineering LLC**
PO Box 16340
Oklahoma City, OK 73113



# Invoice 50565

| Bill to: SwanMining , | Job: 101093 16 MW OKC Miner OK |
|---|---|

| Invoice #: 50565 | Date: 03/18/25 | Customer P.O. #: |
|---|---|---|
| Payment Terms: Net 30 | | Salesperson: |
| Customer Code: 6020 | | |

Remarks:

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 1.000 | Change Order #4 | | 43,116.000 | 43,116.00 |
| Change Order #4 Billed in Full | | | | |
| 1.000 | Change Order #5 | | 50,523.000 | 50,523.00 |
| Change Order #5 Billed in Full | | | | |
| | | | **Total:** | 93,639.00 |
| | | | **Current Due:** | 93,639.00 |

Remit to: Fusion Industries
P.O. Box 649407
Dallas, TX 75264

**CHANGE ORDER**

| PARTIES: | Change Order Number: #4 |
|---|---|
| Contractor: | Change Order Date: [03/03/2025] |
| Fusion Industries, LLC | Contract Date: July 9, 2024 |
| Owner: | Contract Title: |
| Swan Mining | Swan Mining 16 MW Engineering, Procurement and Construction Agreement (the "Agreement") |

THE AGREEMENT IS CHANGED AS FOLLOWS:

Description of Change Order:

The client has asked for a CO for the following:

1. Swan Mining requests 15kv Tie-in to sub. : $40,116
2. Swan Mining requests Court Time. :       $3,000

    Original Contract Price (after CO#3):          $828,261.
    Increase price for CO#4                       $43,116
    Revised Contract Price:                         $871,377

Description of Reasons the Change Order is Requested:  Requested by Swan Mining

Estimate of the Effect of the Change Order on:

| Party Requesting Change Order | | ☐ Contractor    x   Owner |
|---|---|---|
| Party Responsible for Cost of Order | NA | ☐ Contractor    x   Owner |
| Contract Price Change, if any: | | x  Increase $ 43,116<br>☐ Decrease $<br>☐ No change |
| Contract Substantial Completion Date: | | x   Increase  3  days<br>☐  Decrease ____ days<br>☐ No change<br>New Date:  na |

This agreed Change Order reflects full and complete compensation for the changes, including extensions of time for performance of the Agreement.

*Signature page follows.*

Professional Service Agreement between
Fusion Industries, LLC and Swan Mining
Change Order #4

| Fusion Industries, LLC | Swan Mining |
|---|---|

BY *Robert Vrtis*　　　　　　　　　　　　　BY: _____

DATE  03/03/2025　　　　　　　　　　　　DATE

**CHANGE ORDER**

| PARTIES: | Change Order Number: #5 |
|---|---|
| Contractor: | Change Order Date: [03/12/2025] |
| Fusion Industries, LLC | Contract Date: July 9, 2024 |
| Owner: | Contract Title: |
| Swan Mining | Swan Mining 16 MW Engineering, Procurement and Construction Agreement (the "Agreement") |

THE AGREEMENT IS CHANGED AS FOLLOWS:

Description of Change Order:

The client has asked for a CO for the following:

1. Swan Mining requests BusBar and PDU Labor. :     $46,623
2. Swan Mining requests 4/0 Lugs. :                  $3,900

    Original Contract Price (after CO#4):     $871,377.
    Increase price for CO#5                   $50,523
    Revised Contract Price:                   $921,900


Description of Reasons the Change Order is Requested:  Requested by Swan Mining

Estimate of the Effect of the Change Order on:

| Party Requesting Change Order | | ☐ Contractor  x Owner |
|---|---|---|
| Party Responsible for Cost of Order | NA | ☐ Contractor  x Owner |
| Contract Price Change, if any: | | x Increase $ 50,523___<br>☐ Decrease $<br>☐ No change |
| Contract Substantial Completion Date: | | x Increase  3  days<br>☐ Decrease ____ days<br>☐ No change<br>New Date: __na_____ |

This agreed Change Order reflects full and complete compensation for the changes, including extensions of time for performance of the Agreement.

*Signature page follows.*

Professional Service Agreement between
Fusion Industries, LLC and Swan Mining
Change Order #5

Fusion Industries, LLC                                    Swan Mining

BY  *Robert Vrtis*                                        BY: _____

DATE  03/12/2025                                          DATE