1  RYAN S. LANDES (State Bar No. 252642)
   ryanlandes@quinnemanuel.com
2   Quinn Emanuel Urquhart & Sullivan, LLP
   865 S Figueroa Street, Floor 10
3  Los Angeles, CA 90017-5003
   Telephone:  (213) 443-3145
4  Facsimile:   (213) 443-3100

5  STACYLYN M. DOORE (admitted *pro hac vice*)
   stacylyndoore@quinnemanuel.com
6   Quinn Emanuel Urquhart & Sullivan, LLP
   111 Huntington Avenue, Suite 520
7  Boston, MA 02199
   Telephone:  (617) 712-7100
8  Facsimile:   (617) 712-7200

9  RACHEL E. EPSTEIN (admitted *pro hac vice*)
   rachelepstein@quinnemanuel.com
10  Quinn Emanuel Urquhart & Sullivan, LLP
   295 Fifth Avenue
11 New York, NY 10016
   Telephone:  (212) 849-7000
12 Facsimile:   (212) 849-7100

13 *Attorneys for Plaintiff*
   ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**DECLARATION OF RYAN S. LANDES IN SUPPORT OF SWAN'S OPPOSITION TO PROTON'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date:  June 6, 2025<br>Time:  1:30 P.M.<br>Place:  Courtroom 6A, 6th F<br>Judge:  Hon. Michelle Williams Court<br><br>Complaint Filed:  Sept. 25, 2024<br>Am. Compl. Filed:  Jan. 27, 2025<br>Trial Date:  May 4, 2026 |

# DECLARATION OF RYAN S. LANDES

I, Ryan S. Landes, declare as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and a member of the bar of this Court. I represent Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") in the above-captioned matter. I submit this Declaration in connection with Swan's Opposition to Defendant Proton Management Ltd.'s ("Proton") Motion to Compel Arbitration. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Zachary Lyons to Swan's Raphael Zagury, dated December 5, 2023, in response to an email that Mr. Zagury sent to Mr. Lyons earlier that day, to which Mr. Zagury attached a letter with the subject line, "Acknowledgement of 2040 Energy Ltd Operations and Control." Exhibit A includes a copy of the letter that was attached to Mr. Zagury's email.

3. Attached hereto as Exhibit B is a true and correct copy of an email from me to counsel for Proton at Bergeson LLP, dated February 14, 2025. Those portions of Exhibit B to which Swan refers in its Opposition are highlighted for the Court's convenience.

4. Attached hereto as Exhibit C is a true and correct copy of an email from counsel for Swan at Quinn Emanuel to counsel for Defendants, dated April 22, 2025. Those portions of Exhibit C to which Swan refers in its Opposition are highlighted for the Court's convenience.

5. Attached hereto as Exhibit D is a true and correct copy of Proton's Responses and Objections to Plaintiff's First Set of Targeted Requests for Production of Documents, dated March 17, 2025.

6. Attached hereto as Exhibit E is a true and correct copy of Proton's Responses and Objections to Plaintiff's First Set of Targeted Interrogatories, dated

March 17, 2025.

7. Attached hereto as Exhibit F is a true and correct copy of Proton's Responses and Objections to Plaintiff's Second Set of Requests for Production of Documents, dated March 28, 2025.

8. Attached hereto as Exhibit G is a true and correct copy of Proton's Responses and Objections to Plaintiff's Second Set of Interrogatories, dated March 28, 2025.

9. Attached hereto as Exhibit H is a true and correct copy of Proton's Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents, dated April 16, 2025.

10. Attached hereto as Exhibit I is a true and correct copy of an email from counsel for the Individual Defendants at Goodwin Procter LLP to Swan's counsel at Quinn Emanuel, dated April 19, 2025. Because Swan's Opposition does not rely upon the numerous attachments to this email, and relevant portions of those attachments have been docketed (Dkt. 193-3), Swan has omitted those attachments from Exhibit I, but is happy to provide them at the Court's request.

11. Attached hereto as Exhibit J is a true and correct copy of an email from counsel for Proton at Bergeson LLP to counsel for Swan at Quinn Emanuel, dated April 17, 2025. Those portions of Exhibit J to which Swan refers in its Opposition are highlighted for the Court's convenience.

12. Attached hereto as Exhibit K is a true and correct copy of an email from counsel for the Individual Defendants at Goodwin Procter LLP to counsel for Swan at Quinn Emanuel, dated April 22, 2025. Those portions of Exhibit K to which Swan refers in its Opposition are highlighted for the Court's convenience.

13. Attached hereto as Exhibit L is a true and correct copy of an email from counsel for Swan at Quinn Emanuel to counsel for Proton at Bergeson LLP, dated May 1, 2025. Those portions of Exhibit L to which Swan refers in its Opposition are highlighted for the Court's convenience.

14. Attached hereto as Exhibit M is a true and correct copy of an email from counsel for Proton at Bergeson LLP to counsel for Swan at Quinn Emanuel, dated May 5, 2025. Those portions of Exhibit M to which Swan refers in its Opposition are highlighted for the Court's convenience.

15. Attached hereto as Exhibit N is a true and correct copy of an email from counsel for Proton at Bergeson LLP to counsel for Swan at Quinn Emanuel, dated May 8, 2025. Those portions of Exhibit N to which Swan refers in its Opposition are highlighted for the Court's convenience.

16. Attached hereto as Exhibit O is a true and correct copy of an email from counsel for Proton at Bergeson LLP to counsel for Swan at Quinn Emanuel, dated May 9, 2025. Those portions of Exhibit O to which Swan refers in its Opposition are highlighted for the Court's convenience.

17. Attached hereto as Exhibit P is a true and correct copy of an email from counsel for Proton at Bergeson LLP to counsel for Swan at Quinn Emanuel, dated May 9, 2025. Those portions of Exhibit P to which Swan refers in its Opposition are highlighted for the Court's convenience.

DATED: May 16, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *Ryan S. Landes*
Ryan S. Landes

*Attorney for Plaintiff*
*Electric Solidus, Inc. d/b/a Swan Bitcoin*