RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone: (213) 443-3145
Facsimile: (213) 443-3100

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

RACHEL E. EPSTEIN (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Plaintiff*
ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**DECLARATION OF RYAN S. LANDES IN SUPPORT OF SWAN'S OPPOSITION TO EX PARTE APPLICATION TO STAY DISCOVERY ORDER OR TO SHORTEN TIME ON DEFENDANTS' MOTIONS**<br><br>Judge: Hon. Michelle Williams Court<br><br>Complaint Filed: Sept. 25, 2024<br>Am. Compl. Filed: Jan. 27, 2025<br>Trial Date: May 4, 2026 |

# DECLARATION OF RYAN S. LANDES

I, Ryan S. Landes, declare as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and a member of the bar of this Court. I represent Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") in the above-captioned matter. I submit this Declaration in connection with Swan's Opposition To Ex Parte Application To Stay Discovery Order Or To Shorten Time On Defendants' Motions. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between counsel for the parties dated April 23, 2025 and highlighted for the Court's convenience.

3. Attached hereto as Exhibit B is a true and correct copy of email correspondence between counsel for the parties dated April 29, 2025 and highlighted for the Court's convenience.

4. Attached hereto as Exhibit C is a true and correct copy of email correspondence between counsel for the parties dated May 5, 2025 and highlighted for the Court's convenience.

5. Attached hereto as Exhibit D is a true and correct copy of email correspondence between counsel for the parties dated May 15, 2025 and highlighted for the Court's convenience.

DATED: May 19, 2025                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                   By *Ryan S. Landes*
                                   Ryan S. Landes

                                   *Attorney for Plaintiff*
                                   *Electric Solidus, Inc. d/b/a Swan Bitcoin*

1

LANDES DECLARATION IN SUPPORT OF SWAN'S OPPOSITION TO EX PARTE APPLICATION TO STAY DISCOVERY ORDER OR TO SHORTEN TIME ON DEFENDANTS' MOTIONS