RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone:  (213) 443-3145
Facsimile:   (213) 443-3100

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:  (617) 712-7100
Facsimile:   (617) 712-7200

RACHEL E. EPSTEIN (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

*[Additional counsel on signature page]*

*Attorneys for Plaintiff*
*ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>         Plaintiff<br><br>    v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>         Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**SWAN'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge:    Hon. Michelle Williams Court<br><br>Complaint Filed:         Sept. 25, 2024<br>Am. Compl. Filed:       Jan. 27, 2025<br>Trial Date:                    May 4, 2026 |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19 and this Court's standing orders, Electric Solidus, Inc. d/b/a Swan Bitcoin ("Plaintiff" or "Swan") hereby applies *ex parte* for an order from the Court briefly lifting the discretionary stay as to Defendant Proton Management Ltd. ("Proton") and temporarily freezing its assets, in addition to scheduling a preliminary injunction hearing and ordering expedited discovery in connection therewith.

This Application is based on the Memorandum of Points and Authorities filed concurrently herewith, Declaration of Stacylyn M. Doore, all other pleadings and papers in the Court's file, and such other argument as may be presented to the Court. Pursuant to Local Rule 7-19, the names, addresses, telephone numbers, and email addresses of counsel for Defendants are as follows:

- Matthew P. Kanny, mkanny@goodwinlaw.com, Goodwin Procter LLP, 520 Broadway, Suite 500, Santa Monica, CA 90401, telephone: (424) 436-3001.
- Adam C. Trigg, atrigg@be-law.com, Bergeson, LLP, 111 N. Market Street, Suite 600, San Jose, CA 95113, telephone: (408) 291-6200

Pursuant to Local Rule 7-19.1 and the Court's standing order regarding *ex parte* applications, counsel for Plaintiff, Stacylyn M. Doore, notified counsel for Defendants, Matthew Kanny, Grant Fondo, Jaideep Venkatesan, and Adam Trigg, via telephone and email on June 11, 2025. Ms. Doore specifically spoke with Messrs. Kanny, Fondo, Venkatesan, and Trigg over the telephone regarding the substance and timing of this Application. *See* Declaration of Stacylyn M. Doore ¶ 2. Ms. Doore indicated that Plaintiff would be filing this *ex parte* application on June 11, 2025, and that any opposition must be filed no later than 24 hours after service of these papers. *Id.* Counsel for Defendants confirmed that they would oppose the application. *Id.*

| | | |
|---|---|---|
| 1 | DATED:  June 11, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By: */s/ Stacylyn M. Doore* |
| 4 | | RYAN S. LANDES (State Bar No. 252642) |
| | | ryanlandes@quinnemanuel.com |
| 5 | | 865 S Figueroa Street, Floor 10 |
| | | Los Angeles, CA 90017-5003 |
| 6 | | Telephone: (213) 443-3145 |
| 7 | | Facsimile: (213) 443-3100 |

DATED:  June 11, 2025        QUINN EMANUEL URQUHART &
                             SULLIVAN, LLP

By:  */s/ Stacylyn M. Doore*

RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone: (213) 443-3145
Facsimile: (213) 443-3100

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

RACHEL E. EPSTEIN (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

JEFFREY WILLIAM NARDINELLI (State Bar No. 295932)
jeffnardinelli@quinnemanuel.com
50 California Street 22nd Floor
San Francisco, CA 94111
Telephone:  415-875-6600
Facsimile: 415-875-6700

AUSTIN BUSCHER (State Bar No. 346456)
austinbuscher@quinnemanuel.com
555 Twin Dolphin St., Fifth Floor
Redwood Shores, CA 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

*Attorneys for Plaintiff*
ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN

SWAN'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER