# EXHIBIT B
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| | |
|---|---|
| **From:** | Alex Holmes  |
| **Sent:** | Thu 8/8/2024 6:01:06 PM (UTC-07:00) |
| **To:** | |
| **Subject:** | Future Plans |

Team,

I made the decision to terminate my agreement with Swan, effective as of ~two hours ago. If you are on this email, it means that I want you to continue the incredible work we have accomplished together over the last 13 months. Arrangements are under way and I don't expect us to skip a beat. I let Rapha and San know my decision one hour ago and they will be joining me. If you have any questions please reach out to me directly.

Alex