# EXHIBIT C

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
# OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is Strange-Quark Systems LLC.

2. The Registered Office of the limited liability company in the State of Delaware is located at 251 Little Falls Drive (street), in the City of Wilmington, Zip Code 19808. The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Corporation Service Company.

By Corporation Service Company, Organizer

By: /s/ Kevin Mills
Assistant Secretary

Name: Kevin Mills
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:46 PM 10/25/2024
FILED 12:46 PM 10/25/2024
SR 20244034346 - File Number 5723785