# EXHIBIT D
# FILED UNDER SEAL IN ITS ENTIRETY