# EXHIBIT F



**Enrique**

Aug 14, 2024

Hi Myles, Enrique here. I trust you've received the news/update?   11:22 PM

Aug 15, 2024

Hey mate - I have in a limited sense

anything worth discussing?

sorry for slow reply. was sitting as a pending mesage in signal for some reason   2:39 PM

Aug 16, 2024

Hey - no worries!

Yes, I'd say so. Simply put, we're no longer operating under Swan. We've changed management and will not be operating under a co. - Elektron Energy/Proton Management.

That said, I'll create a new Signal chat for our group and will send out a new invite for our weekly ops calls. Does Tues at 1pm EST still work on your end?   6:24 AM

Aug 17, 2024

Sure does   7:35 AM

Thanks Myles   7:58 AM