# EXHIBIT G
# FILED UNDER SEAL IN ITS ENTIRETY