# EXHIBIT I
# FILED UNDER SEAL IN ITS ENTIRETY