# EXHIBIT K
# FILED UNDER SEAL IN ITS ENTIRETY