1  GRANT P. FONDO (SBN 181530)
   GFondo@goodwinlaw.com
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, CA 94063
   Tel: +1 650 752 3100
4  Fax: +1 650 853 1038

5  MATTHEW P. KANNY (SBN 167118)
   MKanny@goodwinlaw.com
6  AARON S. THOMPSON (SBN 272391)
   AThompson@goodwinlaw.com
7  **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
8  Santa Monica, CA 90401-2449
   Tel.: +1 424 436 3001
9  Fax: +1 424 316 3280

10 AMANDA H. RUSSO (SBN 319617)
   ARusso@goodwinlaw.com
11 **GOODWIN PROCTER LLP**
   601 South Figueroa Street, Suite 4100
12 Los Angeles, California 90017
   Tel.: +1 213 426 2500
13 Fax: +1 213 623 1673

14 *Attorneys for Defendants Thomas Patrick Furlong, Ilios Corp., Michael*
15 *Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique*
16 *Romualdez, and Lucas Vasconcelos*

17                    **UNITED STATES DISTRICT COURT**

18                    **CENTRAL DISTRICT OF CALIFORNIA**

19                              **WESTERN DIVISION**

| | |
|---|---|
| 20 ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation, | Case No. 2:24-cv-8280-MWC-E |
| 22        Plaintiff, | **DECLARATION OF GRANT FONDO IN SUPPORT OF DEFENDANTS THOMAS PATRICK FURLONG, ILIOS CORP., MICHAEL ALEXANDER HOLMES, RAFAEL DIAS MONTELEONE, SANTHIRAN NAIDOO, ENRIQUE ROMUALDEZ, AND LUCAS VASCONCELOS'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| 23        v. | |
| 24 PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS | |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF GRANT P. FONDO ISO INDIVIDUAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

| | | |
|---|---|---|
| 1 | VASCONCELOS, | Judge: Hon. Michelle Williams Court |
| 2 | Defendants. | Date: June 13, 2025<br>Time: 9:00 a.m.<br>Courtroom: 6A, 6th Floor |
| 3 | | |
| 4 | | Complaint Filed: Sept. 25, 2024<br>Am. Complaint Filed: Jan. 27, 2025 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF GRANT P. FONDO ISO INDIVIDUAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

-ii-

I, Grant P. Fondo, declare as follows:

1. I am a partner with the law firm Goodwin Procter LLP and a member of the bar of this Court. Goodwin Procter LLP represents Defendants Thomas Patrick Furlong, Ilios Corporation, Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, and Lucas Vasconcelos (collectively, the "Individual Defendants") in the above-captioned matter. I submit this Declaration in connection with the Individual Defendants' Opposition to Plaintiff's, Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") *Ex Parte* Application for Temporary Restraining Order. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2. On June 11, 2025, Stacylyn Doore of Quinn Emanuel, counsel for Swan, called me to notify me about Swan's intent to file an *Ex Parte* Application for Temporary Restraining Order. Ms. Doore specifically stated that Swan's application was not against the Individual Defendants, and that it applied to Proton only. Ms. Doore also stated that Swan intends to seek the testimony of Alex Holmes and Santhiran Naidoo at a preliminary injunction hearing.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2025.

                                                */s/ Grant P. Fondo*
                                                Grant P. Fondo

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

DECLARATION OF GRANT P. FONDO ISO INDIVIDUAL DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER
-1-