DANIEL J. BERGESON, SBN 105439
dbergeson@be-law.com
JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
ADAM C. TRIGG, SBN 261498
atrigg@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
PROTON MANAGEMENT LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**DECLARATION OF ADAM TRIGG IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANT PROTON MANAGEMENT LTD.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: June 13, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 6A, 6th Fl.<br>Judge: Hon. M. Williams Court<br><br>Am. Compl. Filed: Jan. 27, 2025 |

# DECLARATION OF ADAM C. TRIGG

I, Adam C. Trigg, declare as follows:

1. I am a Partner with the law firm Bergeson LLP. I represent Defendant Proton Management Ltd. ("Proton") in this matter. I submit this Declaration in connection with the Application for Leave to File Under Seal Exhibits to the Declaration of Adam C. Trigg in Support of Its Opposition to Swan's ex parte application for Temporary Restraining Order ("Opposition"). Unless stated otherwise, this Declaration is based on my personal knowledge.

2. Proton seeks to redact narrow portions of its Memorandum of Points and Authorities and the Declaration of San Naidoo in Support of Proton's Opposition, which include confidential and proprietary information related to Proton's assets and operations.

3. Compelling reasons exists to seal portions of the *Ex Parte* Application and Corresponding Exhibits. Here, Proton seeks limited redaction of highly confidential information regarding Proton's assets and operations.

4. Proton would suffer harm if its confidential and proprietary information relating to its business assets were disclosed to the public.

5. Proton has narrowly tailored its sealing so as to only redact what is necessary. Furthermore, the public does not have a countervailing interest in this information.

6. I declare under penalty of perjury under the laws of the United States of America that to the best of my understanding the foregoing is true and correct.

Dated: June 12, 2025

By: ____/s/ Adam C. Trigg____
Adam C. Trigg

Goodwin Procter LLP
Attorneys at Law

1

DECLARATION OF ADAM C. TRIGG ISO APPLICATION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TRO UNDER SEAL, Case No. 2:24-cv-8280-MWC-E