UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:24-cv-08280 MWC (Ex)　　　　　　　　　　　　Date: June 17, 2025

Title　　Electric Solidus, Inc. v. Proton Management LTD. *et al.*

---

Present: The Honorable:　　Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) The Court DENIES Plaintiff's ex parte application (Dkt. 222) but nonetheless *SUA SPONTE* lifts the discretionary stay as to Defendant Proton**

　　Before the Court is an ex parte application for a temporary restraining order ("TRO") against Proton Management Ltd. ("Proton") filed by Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin's ("Swan"). Dkt. # 222-1 ("*App.*").  Proton and Defendants Thomas Patrick Furlong, Ilios Corp., Michael Alexander Holmes, Rafael Dias Monteleone, Santhiran Naidoo, Enrique Romualdez, and Lucas Vasconcelos filed oppositions.  Dkts. # 224, 226-1.  After considering the papers, and for the reasons discussed at the hearing on June 13, 2025, the Court **DENIES** Swan's ex parte application but nonetheless *SUA SPONTE* lifts the discretionary stay in its entirety as to Proton.  The Court further **ORDERS** that Proton's motion to compel arbitration, Dkt. # 194, to be put back on calendar for **July 25, 2025**.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 
　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　TJ