DANIEL J. BERGESON, SBN 105439
dbergeson@be-law.com
JAIDEEP VENKATESAN, SBN 211386
jvenkatesan@be-law.com
ADAM C. TRIGG, SBN 261498
atrigg@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
PROTON MANAGEMENT LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASONCELOS, <br><br> Defendants. | Case No. 2:24-cv-8280-MWC-E <br><br> **DEFENDANT PROTON MANAGEMENT LTD.'S STATEMENT RE PLAINTIFF ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN'S MOTION TO SEAL EXHIBIT G TO DKT. 177** <br><br> Judge:  Hon. Charles F. Eick <br> Crtrm.: 750, 7th Fl. |

**TO THE COURT AND COUNSEL FOR THE PARTIES:**

Defendant Proton Management Ltd. ("Proton") respectfully submits this statement with regards to Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin's ("Swan") Motion to Seal Exhibit G to Dkt. 177.

Proton stated to Swan that it would not oppose Swan's motion to seal provided that Swan stated Proton's position, which is as follows: Proton does not agree that that material highlighted in the newly redacted exhibit meets the standard for sealing, or that Swan can retroactively seal a document (or parts thereof) that has been publicly available for two months, which would ordinarily merit opposition. In view of Swan's continuing position that Proton's participation in litigation waives its right to compel arbitration, Proton will not formally oppose Swan's motion to retroactively seal the document. In doing so, Proton reserves its right (i) to object to the confidentiality of the proposed redacted material under the Stipulated Protective Order, or (ii) to object to and oppose future attempts by Swan to seal the proposed redacted material.

Swan agreed to communicate Proton's position but did not fully communicate it, which is set forth here for the Court.

Dated: June 26, 2025                BERGESON, LLP

                                    By:   /s/ Jaideep Venkatesan
                                              Jaideep Venkatesan

                                    Attorneys for Defendant
                                    PROTON MANAGEMENT LTD.