# EXHIBIT 11

| | |
|---|---|
| **From:** | Jeff Nardinelli |
| **To:** | Jaideep Venkatesan; Stacylyn Doore; Ryan Landes; Ryan Gorman; QE-Swan |
| **Cc:** | Adam Trigg; Kanny, Matthew P; Fondo, Grant P; Russo, Amanda; Thompson, Aaron; Emma Fernandez |
| **Subject:** | RE: Electric Solidus, Inc v. Proton Management Ltd, et al. - Case No. 2:24-cv-8280-WLH-E |
| **Date:** | Tuesday, April 22, 2025 2:22:01 PM |
| **Attachments:** | image001.png |

Counsel,

For the avoidance of doubt, Swan disagrees with how Defendants' April 15 letter characterizes Swan's trade secret identification. Swan's trade secret identification stands as filed at Dkt. 111-1.

Thanks,
Jeff

**From:** Jaideep Venkatesan <jvenkatesan@be-law.com>
**Sent:** Tuesday, April 15, 2025 5:36 PM
**To:** Stacylyn Doore <stacylyndoore@quinnemanuel.com>; Ryan Landes <ryanlandes@quinnemanuel.com>; Ryan Gorman <ryangorman@quinnemanuel.com>; QE-Swan <qe-swan@quinnemanuel.com>
**Cc:** Adam Trigg <atrigg@be-law.com>; Kanny, Matthew P <MKanny@goodwinlaw.com>; Fondo, Grant P <GFondo@goodwinlaw.com>; Russo, Amanda <ARusso@goodwinlaw.com>; Thompson, Aaron <AThompson@goodwinlaw.com>; Emma Fernandez <emtofelogo@be-law.com>
**Subject:** Electric Solidus, Inc v. Proton Management Ltd, et al. - Case No. 2:24-cv-8280-WLH-E

[EXTERNAL EMAIL from jvenkatesan@be-law.com]

Counsel,

Please see attached.

Regards,

Jay


### Jaideep Venkatesan | Bergeson☐
Partner

**O** 408.291.6200 | **D** 408.291.2764 | **F** 408.297.6000

**Silicon Valley Office | San Francisco Office | Beverly Hills Office**
Website | vCard | Email | Bio | LinkedIn | Disclaimer
Pronouns: he/him/his