FILED

NOV 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELECTRIC SOLIDUS, INC., a Delaware corporation doing business as Swan Bitcoin, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> THOMAS PATRICK FURLONG; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> PROTON MANAGEMENT, LTD., a British Virgin Islands corporation, <br><br> Defendant. | No. 25-2763 <br><br> D.C. No. 2:24-cv-08280-MWC-E <br> Central District of California, Los Angeles <br><br> ORDER |

Before: BERZON, WARDLAW, and MILLER, Circuit Judges.

The parties' stipulated motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). The order below is vacated. The appellee shall bear the costs on appeal.

This order shall constitute the mandate of this court.