RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone:   (213) 443-3145
Facsimile:   (213) 443-3100

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

RACHEL E. EPSTEIN (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
 Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

*[Additional counsel on signature page*]

*Attorneys for Plaintiff*
*ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>PROTON MANAGEMENT LTD., a British Virgin Islands corporation; THOMAS PATRICK FURLONG; ILIOS CORP., a California corporation; MICHAEL ALEXANDER HOLMES; RAFAEL DIAS MONTELEONE; SANTHIRAN NAIDOO; ENRIQUE ROMUALDEZ; and LUCAS VASCONCELOS,<br><br>    Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT CONDITIONS**<br><br>**[FILED CONCURRENTLY WITH MEMORANDUM OF POINTS AND AUTHORITIES]**<br><br>Date:    June 26, 2026<br>Time:    1:30 p.m.<br>Place:    Courtroom 6A, 6th Fl.<br>Judge:    Hon. Michelle Williams Court<br><br>Am. Compl. Filed:    Jan. 27, 2025 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 26, 2026 at 1:30 pm at the First Street Courthouse, 350 W. 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012, Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan"), will and hereby moves this Court for an order dismissing Swan's Amended Complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and without awarding costs or legal fees to Defendants as a condition of dismissal.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, and the Declaration of Stacylyn M. Doore and accompanying exhibits (filed concurrently herewith), all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 14, 2026.

DATED:  April 21, 2026          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Stacylyn M. Doore*
RYAN S. LANDES (State Bar No. 252642)
ryanlandes@quinnemanuel.com
865 S Figueroa Street, Floor 10
Los Angeles, CA 90017-5003
Telephone: (213) 443-3145
Facsimile: (213) 443-3100

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

RACHEL E. EPSTEIN (admitted *pro hac vice*)
rachelepstein@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

AUSTIN BUSCHER (State Bar No. 346456)
austinbuscher@quinnemanuel.com
555 Twin Dolphin St., Fifth Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff*
*ELECTRIC SOLIDUS, INC.*
*d/b/a SWAN BITCOIN*

PLAINTIFF SWAN'S NOTICE OF MOTION FOR VOLUNTARY DISMISSAL