STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:  (617) 712-7100
Facsimile:  (617) 712-7200

*Attorney for Plaintiff*
*ELECTRIC SOLIDUS, INC. d/b/a SWAN BITCOIN*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ELECTRIC SOLIDUS, INC.<br>d/b/a SWAN BITCOIN,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTON MANAGEMENT LTD.,<br>a British Virgin Islands corporation;<br>THOMAS PATRICK FURLONG;<br>ILIOS CORP., a California corporation;<br>MICHAEL ALEXANDER HOLMES;<br>RAFAEL DIAS MONTELEONE;<br>SANTHIRAN NAIDOO;<br>ENRIQUE ROMUALDEZ; and<br>LUCAS VASCONCELOS,<br><br>Defendants. | Case No. 2:24-cv-8280-MWC-E<br><br>**DECLARATION OF STACYLYN M. DOORE IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WITHOUT CONDITIONS**<br><br>Judge: Hon. Michelle Williams Court<br><br>Am. Compl. Filed:     Jan. 27, 2025 |

## DECLARATION OF STACYLYN M. DOORE

I, Stacylyn M. Doore, declare as follows:

1.      I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP and am admitted *pro hac vice* to this court. I represent Plaintiff Electric Solidus, Inc. d/b/a Swan Bitcoin ("Swan") in the above-captioned matter.  I submit this Declaration in connection with Swan's Motion for Voluntary Dismissal Without Prejudice and Without Conditions.   Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

2.      Attached hereto as Exhibit A is a true and correct copy of an email that Will Turner, of Winston & Strawn LLP and outside counsel for Tether Investments Ltd. ("Tether"), sent on August 9, 2024, to the recipients identified on the face of that email.

3.      Attached hereto as Exhibit B is a true and correct copy of a document produced by Tether in the action captioned *Tether Investments, S.A. de C.V. and 2040 Energy Ltd.  v. Electric Solidus, Inc.*, Claim No. CL-2025-000016, currently pending in the High Court of Justice Business and Property Court of England and Wales Commercial Court (the "UK Action"), bearing Bates stamp TETHER-004-0018527.  The document was produced as a native PowerPoint document, and has been reformatted for printing.

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from a document produced by Defendant Proton Management Ltd. ("Proton") in this action, bearing Bates stamp PROTON-00000978.  The document was produced as a native Excel spreadsheet.  As denoted on the exhibit, Exhibit C contains excerpts of two sheets which have been reformatted for printing.[1]

---

[1]     Swan can provide the full versions of exhibits referenced herein that were originally produced as natives in full native format at the Court's request.

DOORE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

5.     Attached hereto as Exhibit D is a true and correct copy of a letter sent by Tether to Swan, dated August 12, 2024.

6.     Attached hereto as Exhibit E is a true and correct copy of a draft email prepared by Raphael Zagury, at raphael@swanbitcoin.com, dated August 6, 2024, with the subject line "Call with Bill, Max, Alex, San."

7.     Attached hereto as Exhibit F is a true and correct copy of the Claim Form submitted by Tether and 2040 Energy Limited ("2040 Energy") in the UK Action, dated January 10, 2025.

8.     Attached hereto as Exhibit G is a true and correct copy of the Particulars of Claim filed by Tether and 2040 Energy in the UK Action, dated January 13, 2025.

9.     Attached hereto as Exhibit H is a true and correct copy of a Consent Order filed in the UK Action, dated January 19, 2026.

10.     Attached hereto as Exhibit I is a true and correct copy of a snapshot of a calendar invite from Raphael Zagury's raphael@swanbitcoin.com email account, reflecting a meeting on June 26, 2024, with the subject line "Will Turner meeting at Lobby of East Hotel."

11.     Attached hereto as Exhibit J is a true and correct copy of Slack communications between Raphael Zagury and Guilherme Gomes, exchanged over Swan's Slack platform, dated January 9, 2023 through July 8, 2024.

12.     Attached hereto as Exhibit K is a true and correct copy of excerpts of notes taken by Raphael Zagury, located in Raphael Zagury's raphael@swanbitcoin.com account.

13.     Attached hereto as Exhibit L is a true and correct copy of a document produced by Tether in the UK Action, bearing Bates stamp TETHER-004-0017721.

14.     Attached hereto as Exhibit M is a true and correct copy of a document produced by Tether in the UK Action, bearing Bates stamp TETHER-002-0016944.

15.     Attached hereto as Exhibit N is a true and correct copy of a document

2

DOORE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

produced by Tether in the UK Action, bearing Bates stamp TETHER-004-0018525. The document was produced as a native email message, and has been reformatted for printing.

16.    Attached hereto as Exhibit O is a true and correct copy of Proton's Memorandum and Articles of Association, dated August 2, 2024, and produced by Proton in this action, bearing Bates stamp PROTON-00000023.

17.    Attached hereto as Exhibit P is a true and correct copy of an email that Raphael Zagury, at raphael@swanbitcoin.com, sent to himself, at raphael@zagury.com, on August 8, 2024, with the subject line, "Fwd: The Future."

18.    Attached hereto as Exhibit Q is a true and correct copy of a Statement of Work to Master Services Agreement between Tether and Proton, dated September 14, 2024, and produced by Proton in this action, bearing Bates stamp PROTON-00000551.

19.    Attached hereto as Exhibit R is a true and correct copy of a document produced by Tether in the UK Action, bearing Bates stamp TETHER-001-0015561. The document was produced as a native Excel spreadsheet, and has been reformatted for printing.

20.    Attached hereto as Exhibit S is a true and correct copy of an Order filed in the UK Action, dated September 9, 2025.

21.    Attached hereto as Exhibit T is a true and correct copy of an email that Matthew Kanny, of Goodwin Procter LLP and outside counsel to the Individual Defendants in this action, sent to Stacylyn Doore, of Quinn Emanuel Urquhart & Sullivan, LLP and outside counsel to Swan, on October 7, 2025.

22.    Attached hereto as Exhibit U is a true and correct copy of a letter that Stacylyn Doore sent to Matthew Kanny on October 9, 2025.

23.    Attached hereto as Exhibit V is a true and correct copy of a letter that Matthew Kanny sent to Stacylyn Doore on October 29, 2025.

24.    Attached hereto as Exhibit W is a true and correct copy of a letter that

Stacylyn Doore sent to Matthew Kanny on January 8, 2026.

25.    Attached hereto as Exhibit X is a true and correct copy of a letter that Matthew Kanny sent to Stacylyn Doore on March 26, 2026.

26.    Attached hereto as Exhibit Y is a true and correct copy of the Particulars of Claim filed by Swan in connection with its application for leave to bring a derivative claim on behalf of 2040 Energy in the Eastern Caribbean Supreme Court Territory of the Virgin Islands, High Court Commercial Division under Case Number BVIHCOM2026/0121, dated March 23, 2026.

27.    Attached hereto as Exhibit Z is a true and correct copy of a Demand for Arbitration filed by Swan against Raphael Zagury, filed with JAMS Mediation, Arbitration and ADR Services, dated March 10, 2026.

28.    I declare under penalty of perjury that the foregoing is true and correct.


DATED:  April 21, 2026        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Stacylyn M. Doore*

STACYLYN M. DOORE (admitted *pro hac vice*)
stacylyndoore@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone:   (617) 712-7100
Facsimile:   (617) 712-7200

*Attorneys for Plaintiff*
*ELECTRIC SOLIDUS, INC.*
*d/b/a SWAN BITCOIN*

Case No. 2:24-cv-8280-MWC-E

DOORE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL