# EXHIBIT A

# Filed Under Seal
# In Its Entirety