# EXHIBIT B



# Elektron

2040

**Business Plan Overview | July 2024**

PRIVATE AND CONFIDENTIAL

# Elektron

Unbundling rationale predates the current issues. Now inevitable.

- The mining team has always operated **independently from Swan**

- **Different team culture**, focus and structure

- Spinning-off mining at some point seemed **inevitable**

- Recent issues at Swan turned this into an urgent matter with a new layer of risks that have jeopardized the future of the business

- Focus will eventually unlock significant value

- Long-term potential to enhance capital structure that was not possible with a convoluted business model

# Transition from 2040 to Elektron



## IMMEDIATE ACTIONS

- 2040 no longer used for new opportunities. No further capital contributions

- Existing deal flow related to 2040 ASICs to be executed in 2040

- Pending transactions, unrelated to existing 2040 assets, to potentially be booked directly with Tether / Elektron

- Legal team to ensure all pending items highlighted during Winston DD are addressed

- New BVI entity being incorporated

## FUTURE STEPS

- Asset / Liability transfer of all 2040 assets to Elektron

- Hosting Agreement transition from 2040 to Elektron

- Ideally , all renewals of existing 2040 agreements to be transitioned to Elektron. If delays or complications occur, renewals to be executed within 2040

# Proposed New Structure

Reset with enhanced corporate structure



# Proposed Operating Structure

Introduces a more defined structure to established operations



# Vesting Structure

The proposed vesting structure aims to align interests and properly compensate for proof-of-work.

**Time- and KPI-based vesting:**

Tether starts with ~**95%**

As tenure and operational KPIs are achieved, team's percentage increases up to a maximum of 40% in the future.

**1) Time-based Vesting: 30%**
- Vesting monthly over 5-years, starting at the team member's start date at legacy 2040

**2) KPI-based Vesting: +10%**
- + 5% at 30 EH/s, vesting monthly over 3 years
- + 5% at 50 EH/s, vesting monthly over 3 years



Shareholding Structure Over Time - Equity Split

Based on the proposed equity structure above. Assumes that Elektron will achieve: 1) 30 EH/s in 12 months and 2) 50 EH/s 18 months following that.

# Start-up Costs (estimated)

| Line Item | $ | Notes |
|---|---|---|
| Legal Entity Setup | $10,000 | Proton Management Ltd. |
| Legal Review of Agreements | $15,000 | Pillsbury or other [TBD] |
| Other admin and travel expenses | $10,000 | General expenses |
| Team Computers | $45,000 | New computers and related add-ons |
| **Total** | **$80,000** | **Budget** |

# Monthly Budget Overview (estimated)

| Line Item | $ / Month | Notes |
|---|---|---|
| Salaries and Benefits | $315,000 | Salary for 14 employees |
| Tech / software | $15,000 | G Suite, AWS, Slack, Payroll, Foreman |
| Legal* | $15,000 | Advice on structuring, Entity creation |
| Travel | $15,000 | Operational team site visits |
| **Total** | **$360,000** | **Monthly Budget** |

*This is an estimated average. Legal fees will potentially be concentrated in the first few months to cover entity creation, structuring and tax advice.

# Tech Stack (estimated, not complete yet)

| Tech Solution | Description | Monthly Cost |
|---|---|---|
| NetSuite | ERP System | $495 |
| Taxbit or Bitwave | Crypto Accounting | $500 |
| Google Suite or Office 365 | Productivity Suite | $500 |
| OpenNode | Bitcoin Payments | Varies |
| Numeric | Accounting | $250 |
| DocuSign | E-Signature | $200 |
| Carta | Equity Management | $233 |
| Notion | Collaboration Tool | $160 |
| Zoom | Video Conferencing | $300 |
| Whimsical | Diagramming Tool | $200 |
| JumpCloud | Identity Management | $200 |
| Ramp | Expense Management | $200 |
| TriNet | HR Solutions | $2,500 |
| Rippling | HR and IT Solutions | $160 |
| 1Password | Password Management | $80 |
| Slack | Messaging | $140 |
| GitHub | Code Repository | $400 |
| AWS (RDS + EC2) | Cloud Services | $3,000 |
| OpenAI (GPT + APIs) | AI | $1,000 |
| Total | | $10,518 |

* Estimated based on 4 finance users and 20 total users

# Expected Funding Needs

3 months of budget
= **$360,000 x 3 = $1,080,000**

+ Upfront costs
= **$80,000**

Total
= **$1,160,000**

# Timeline

| Task | Timeframe | Status |
| --- | --- | --- |
| Secure Swan cooperation | 1-2 weeks | In progress |
| Setup entities | 1-2 weeks | In progress, seeking advice |
| Alignment with Tether on structure | 1-2 weeks | In progress |
| Asset transition plan / Tax structuring | 1 month | In progress |
| Technology setup / transition | 1 week | Scoping complete |
| Employee contracting | 2-3 weeks | Verbal agreements to contract with Proton |
| Hosting contract reassignment | 1 month | In progress |
| Key stakeholder communications | 1 week | Drafting/Mostly complete |

# Operational Processes

Overall aim to keep transition as seamless as possible

**Interactions of mining team with Tether team**
(Mostly undisrupted and BAU)

1. Monthly operations report
2. Monthly financial statements
3. Investment memo process

**Immediate:**

The Legal team will focus on closing any holes identified by Tether's DDQ to optimize contracts, structures and governance.

# Hot & Cold Wallet Policies



## IMMEDIATE ACTIONS

- Transferred majority of BTC held in BitGo treasury to BitFinex, minimizing risk of unintended transactions being executed

- Minimal BTC retained at BitGo for day-to-day operations.
Target of a maximum 15 BTC at BitGo.

## NEXT STEPS

- Retain BitGo for day-to-day operations

- Transfer coins from BitFinex to a [x of y] Multi-sig solution

# Operations Update

## Current State of the Business

| | | | |
|---|---|---|---|
| **142,347** | **$15.18 $/TH** | **22.5 J/TH** | **137.5 TH** |
| ASICs Acquired | Average Acquisition Cost | Fleet Efficiency | Average Rating |
| **19.58 EH/s** | **3.24%** | **441.3 MW** | **12.83 EH/s** |
| Acquired Hashrate | % Share of Network (fully deployed vs. today's network hashrate) | Energy Needs at Full Deployment | Assigned Hashrate |
| **2,228.6 ₿** | **883.9 ₿** | **14** | **65.5%** |
| Mined since launch | at 2040 Treasury* | Mining Sites | Assigned / Acquired |

*All numbers as of July 28th, 2024     * Excludes hosting deposits and cash balances*

Deployment underway





# Operations Update

## Deployment Strategy and Outlook (1/2)



### Site Portfolio: Cost vs. ASIC Efficiency
Bubble size reflects MW availability at site

Given the nature of BTC mining, as a perfectly commoditized market, the mining team continues to focus on outperforming competition by driving down costs

This is being achieved by:

1. Deploying ASICs efficiency with improved efficiency; and

2. Securing sites with lower energy costs.

# Operations Update

## Deployment Strategy and Outlook (2/2)



**Industry Cost Curve**

As the mining team's cost-centric strategy is executed, Elektron will continue exerting downward pressure on the industry cost curve

Our goal is to continually maintain a market-leading position in this regard

# Operations Update

## Deployment Schedule



**Mining Deployment Schedule: Pipeline and Hashrate Evolution**
Green: Contracted    Orange: Expected - High Likelihood    Yellow: Expected - Medium Likelihood

Final deliveries of all ASICs purchased will take place in August ➜ these ASICs have already been assigned to sites and we expect full deployment to be achieved in the coming months

In fact we need to start planning for additional acquisitions for Elektron

