# EXHIBIT E

# Redacted Version of Document Proposed To Be Filed Under Seal

Case 2:24-cv-08280-MWC-E    Document 253-7    Filed 04/21/26    Page 1 of 3   Page ID
#:10749

**From:** raphael@swanbitcoin.com
**Subject:** Call with Bill, Max, Alex, San
**Date:** August 6, 2024 at 03:08
**To:**

R

Call with Bill, Max, Alex, San

Fortress Acquisition

Swan is guarantor of Ripple Note. Swan closes that becomes on the hook for USD 16MM. Ripple filed UCC statement. They could have waited but did it pre-empty.

Almost certainty that Swan won't close. Ongoing touch points with regulators. There's implication that we're going to close. Up until last Thursday. Nevada asking is have money in the bank to close the transaction. Make sure capital requirements. Millions of USD.

Issue for Bill - not communicate something that is not true.

Just Bill and Yan on that e-mail. Called Yan today and he was grateful - ignored it. Made it clear to Yan - with Gui and Sheetal gone - not in a position to answer this e-mail. No one answering is worse.

Yan connected with Cory. Cory calls Bill. It's been crazy - we stood a blow from Tether. Not running out of money. Bill tried to keep focus on the situation. Someone needs to be accountable and communicate.

BTW that was a very bad call last week. That wasn't directed at Bill. That doesn't make me feel closer to you and Swan. Boxed out. Can't do Legal work. There were rumors - breaking off with mining team. Started interrogating him. Have I asked Bill to join the mining team?

Get you back involved in Fortress.

Why not do the deal? Logic is if you go to the FID and just say backing off. Versus having a plan to make clients whole. Everything is frozen if just backing out.

Find out the hole is? Fill the hole and remove everything is.

1. Tether call Fortress
2. Wind down process
3. Agree to fund that - blow everything up. Sue Cory and Swan.
4. Cory is not going to be logical

— — — — —

Better together or Alex leaves first?
. Send list of points
. Post - termination
. Walks away together - no solicitation? Resign en masse. Makes it easier for Alex.
. Alex sends the e-mail. Terminates agreement.
. Alex sends e-mails to invite everyone. New opportunity - join us. Only one inviting others.
. Over non-solicit; non-compete.
. Confidentiality and IP - we would be exposed. Something in writing. If we do this staged walk out. Legal cover from Tether.
. Call a meeting and appoint Proton Management
. Alex send e-mail out. Announcing Proton Management is the management company.
. Then Alex sends out e-mail to team. Join Proton.
. No leverage to include releases.

Tether needs to send default notice.
— —

Team is getting to a point where is getting untenable. Bill is being put at risk. Dangerous to team to stay around. Team resignation and move with Tether needs to be on tandem.

Fortress is looming.

Last week you said you'd unleash hell on this guy.

. Alex leaves
. Breach
. Proton is assigned manager of 2040 assets
. All communications go to new management company
. ROFR gone if Alex resigns
. Written communications. Alex terminated his agreement. We don't need a board resolution.

. Bring the heat
. Giancarlo side convs. ?

Bill took himself out of Fortress situation. Cory interrogating him now. Trying to ruin Rapha's reputation. Sling a lot of shit. 10% will stick.

They cannot go and say we didn't do it by the book.

Rain and hell fire needs to start. Needs to be an exit, not a nice transaction.

████████ is moot when Alex leaves. Already moot now. Double covered the second Alex leaves.

Bill interrogated if anyone asked him to join mining.

———————

> 10% deposit to Taras

Status of Proton - update - formed, formalizing docs.
Entity Ethiopia - Alex and Dan to hold interest in Ethiopia. No US Directors.

Resolution is needed - less if Alex leaves. Alex not at company a bit easier. Key concern - Swan getting more and more fragile. Cory speaks for his position of 2040 of not Swan. Shareholder's resolution.

Machines could be ok ahead of resolution
Invoiced to Tether investments