# EXHIBIT F



# Claim Form

| In the | High Court of Justice |
|---|---|
| | **Business and Property Courts of** |
| | **England and Wales** |
| | **King's Bench Division** 10 Jan 2025 |
| | **Commercial Court** |

*for court use only*

| Claim no. | CL-2025-000016 |
|---|---|
| Issue date | |

**Claimant(s)**
 (1) Tether Investments Limited
 (2) 2040 Energy Limited

SEAL

**Defendant(s)**
 Electric Solidus Inc.

Name and address of Defendant receiving this claim form

Electric Solidus Inc.
26565 W. Agoura Road, Suite 200, Calabasas,
California 91302

| | £ |
|---|---|
| Amount claimed | over 600,000 |
| Court fee | 10,000 |
| Legal representative's costs | to be assessed |
| **Total amount** | over 610,000 |

The court office at the Admiralty and Commercial Court Listing Office, Rolls Building, 7 Rolls Buildings, Fetter Lane, London EC4A 1NL is open between 10 am and 4.30 pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the claim number.

**N1(CC)** Claim form (CPR Part 7) (09.22)    © Crown copyright 2022

| **Claim No.** | |
|---|---|

Brief details of claim

The Claimants seek declaratory and injunctive relief, damages, statutory interest (to be assessed) and costs (to be assessed) against the Defendant in respect of (a) its breach or breaches of a Shareholders' Agreement dated 28 July 2023 and (b) its assertion - including through pursuit of legal proceedings in California - of purported rights to and/or ownership over assets and confidential information created or acquired in the course of the business contemplated and governed by such agreement, as more fully set out in the Particulars of Claim.

Particulars of claim (*attached)(*will follow)(*an acknowledgement of service stating that indicates an intention to defend the claim)

Skadden, Arps, Slate, Meagher & Flom (UK) LLP
22 Bishopsgate
London EC2N 4BQ

Email: Kate.Davies@skadden.com

Claimant's or legal representative's address to which documents or payments should be sent if different from overleaf including (if appropriate) details of DX, fax or e-mail.

# Statement of truth

I understand that proceedings for contempt of court may be brought against a person who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☐ **I believe** that the facts stated in this claim form and any attached sheets are true.

☑ **The Claimant** believes that the facts stated in this claim form and any attached sheets are true. **I am authorised** by the claimant to sign this statement.

**Signature**

☐ Claimant

☐ Litigation friend (where claimant is a child or protected party)

☑ Claimant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|---|---|---|
| 1 0 | 0 1 | 2 0 2 5 |

Full name

Kate Helen Davies KC

Name of claimant's legal representative's firm

Skadden, Arps, Slate, Meagher & Flom (UK) LLP

If signing on behalf of firm or company give position or office held

Partner

Find out how HM Courts and Tribunals Service uses personal information you give them when you fill in a form: https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter