# EXHIBIT H



19 Jan 2026

CL-2025-000016

Claim No. CL-2025-000016

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS AND PROPERTY COURTS**

**OF ENGLAND AND WALES**

**COMMERCIAL COURT (KBD)**

**BEFORE THE HONOURABLE MR JUSTICE CALVER**

**DATED 14 JANUARY 2026**

**B E T W E E N:**

**(1) TETHER INVESTMENTS, S.A. de C.V.**

**(2) 2040 ENERGY LIMITED**

Claimants

**- and -**

**ELECTRIC SOLIDUS INC.**

Defendant/Respondent

---

**CONSENT ORDER**

---

**UPON** the Order of HHJ Pelling KC of 13 January 2025 providing, *inter alia*, for the expedition of these proceedings ("**Pelling Order**")

**AND UPON** the Order of Bright J of 26 February 2025 *inter alia* listing a trial of the claims pleaded in ¶¶89-92 of the Amended Particulars of Claim ("**APOC**") on an expedited basis beginning on 8 September 2025 ("**Business Assets Claim**" / "**Preliminary Issue Trial**")

**AND UPON** the Order of Henshaw J of 9 September 2025 ("**Henshaw Order**") whereby it was ordered that the Defendant should pay the Claimants' costs of and occasioned by the Business Assets Claim and the Preliminary Issue Trial (save insofar as they are common costs which would have been incurred in any event in the pursuit of the remaining claims, and save

1

insofar as they related to the costs of the 9 September 2024 hearing) on the standard basis, to be subject to detailed assessment at the conclusion of these proceedings if not agreed

**AND UPON** clause 10 of the Henshaw Order specifying that each party had liberty to apply for a payment on account in relation to the costs, without prejudice to the opposing party's liberty to contend (on any such application) that no such payment on account should be ordered

**AND UPON** the Claimants having demanded a payment on account on 19 September 2025, and entered into subsequent correspondence with the Defendant regarding this demand

**AND UPON** the parties having agreed the terms of this Order

**BY CONSENT IT IS ORDERED THAT:**

1.      The Defendant shall make a payment on account in relation to the Claimants' costs of and occasioned by the Business Assets Claim and the Preliminary Issue Trial in the sum of £726,989 within 14 days of the sealing date of this Order.

2.      This Order shall be served by the Claimants' solicitors.

**Dated this 14th day January 2026**