# EXHIBIT J

# Redacted Version of Document Proposed To Be Filed Under Seal

Private conversation between gui, raphael
Channel ID: D04HP9G00P9
Created: 2024-02-20 06:35:33 UTC
Type: Direct Message

##################################################################

Messages:

---- 2023-01-09 ----
[2023-01-09 19:52:50 UTC] <raphael> Fala Gui -
All good?
How is your week? I know you must be super busy with the baby, but if you have time, I'd love to chat with you. Can I put it on the agenda?
[2023-01-09 20:31:04 UTC] <gui> Want to talk today?
[2023-01-09 20:31:11 UTC] <gui> I'm 100% active now
[2023-01-09 20:31:21 UTC] <raphael> Can you follow this up?
[2023-01-09 20:31:37 UTC] <from> We can
[2023-01-09 20:31:47 UTC] <gui> Give me 5 minutes and we'll start again
[2023-01-09 20:31:57 UTC] <raphael> Blz
[2023-01-09 20:32:30 UTC] <gui> Guilherme Gomes is inviting you to a scheduled Zoom meeting.

Topic: Guilherme Gomes's Personal Meeting Room

Join Zoom Meeting
<https://swanbitcoin.zoom.us/j/5757165614?pwd=Q1VZUDdXY0hQV20wSWlPQUVxZU9YQT09>
[2023-01-09 20:32:47 UTC] <gui> I'll give you a touch here so we can enter
:+1: raphael
[2023-01-09 20:46:20 UTC] <gui> Bora?
[2023-01-09 20:46:28 UTC] <raphael> Bora

---- 2023-01-11 ----
[2023-01-11 19:15:58 UTC] <raphael> Yesterday I exchanged a message with “João Grilo” (Rafael) - who makes this podcast below. I said I was at Swan and he said he knows your brother :slightly_smiling_face:
<https://podcasts.apple.com/us/podcast/21-milh%C3%B5es/id1573254855> attachments:
[{"from_url":"https:\/\/podcasts.apple.com\/us\/podcast\/21-milh%C3%B5es\/id1573254855","image_url":"https:\/\/is3-ssl.mzstatic.com\/image\/thumb\/Podcasts116\/v4\/2b\/61\/2b\/2b612bb5-244b-135e-860b-057c9862a1ee\/mza_8618881952108017045.jpg\/1200x630wp.png","image_width":476,"image_height":250,"image_bytes":75640,"service_icon":"https:\/\/podcasts.apple.com\/f

<https://docs.google.com/spreadsheets/d/1OYKXuJ4p9b_fKxldEm5iV0LO7OCMsZilSJgXonkxBVQ/edit#gid=238694506>
[2024-06-21 10:16:28 UTC] <raphael> Is not in `Results`

---- 2024-06-24 ----
[2024-06-24 13:01:38 UTC] <gui> Good morning! All good?
[2024-06-24 13:01:47 UTC] <gui> Are you at the conference already?
[2024-06-24 13:13:14 UTC] <raphael> Oops. Not yet.
[2024-06-24 13:13:37 UTC] <raphael> I'm going to meet with an investor that Cory introduced in 50 min. But free until then.
[2024-06-24 13:13:53 UTC] <raphael> Then the day drags on.
[2024-06-24 13:14:41 UTC] (huddle_thread) <Slackbot>

{"room_id":7334795193409,"channel":"D04HP9G00P9","blocks":[{"type":"rich_text","elements":[{"type":"rich_text_section","elements":[{"type":"text","text":"A huddle started"}]}],"block_id":"UoEcF"}],"huddle_call_id":7334795193409,"text":"","edited":{"user":"USLACKBOT","ts":"1719236439.000000"}}

[2024-06-24 13:17:56 UTC] <gui> • GPS Investment Partners – investment partnership of ex-Goldman guys I used to work for – their largest biz is Merchant IM which acquires minority stakes in RIAs globally (think over 75 firms at this point)
• RitMar FO – ex-DB heads in London that like this space – also a great way to access the London FO scene.
• RW3/ Raptor – Jim Pallota FO funds – prob not main fund but def would be interested personally
• Bill Ackman FO - Jason Pinsky who runs their VC arm
• Mertitech VC – Alex Clayton
• Coveriver - Ben Nicholl / Fritz Wahl FO --- ex HF/ fixed income guys who run a FO office. Really well-connected and were early in btc. Also my all time fav investors – self made / super smart/ great to be around
• Manny Medina – FO (Terremark)
• Pierce FO – large Omaha-based FO
• Rick Ross FO
• Roll FO

[2024-06-24 13:19:01 UTC] <gui> It was great to connect last week. Went through the data room – really impressive growth and plan going forward. I've spent a lot of time in the wealth management, fixed income alt, and credit spaces and think you guys have a differentiated angle.

I put together a few series C intros of folks that I think would be both accretive to have in your cap table as well as will get the play. I can think of a lot of others, though I think this is a good starting off point.
[2024-06-24 13:37:55 UTC] <gui> Gui/Rapha:
• Will/Rapha

- Rapha explains the importance, model, concerns
- 2040/2140 (@gui)
    - all the docs
- [redacted]
    - @gui review with Bill/JP
    - Target: Subscribe by July 2nd

---- 2024-06-25 ----
[2024-06-25 11:16:19 UTC] <gui> What's up? Was the first day good? SP positive?
[2024-06-25 11:27:26 UTC] <raphael> Medium. Meeting with SP was not very good. They received a proposal from a company in AÍ paying 4x what we would pay.
[2024-06-25 11:28:10 UTC] <raphael> Maybe something will come out but we'll see
[2024-06-25 11:28:13 UTC] <gui> This is going to be tense
[2024-06-25 11:28:31 UTC] <gui> Then you'll pay more
[2024-06-25 11:28:36 UTC] <gui> There is no way
[2024-06-25 11:29:03 UTC] <gui> How much is the proposal?
[2024-06-25 11:29:43 UTC] <raphael> Yes. But I proposed a partnership where we could enter with a mining part and help finance the infrastructure.

They didn't say the exact number but about 2MM per Mw just from below. Absurdly expensive.
[2024-06-25 11:30:08 UTC] <gui> PQP
[2024-06-25 11:30:35 UTC] <raphael> On the other hand we had an ok meeting with the people from CS Global. Maybe we will have another 30MW with them.
        :+1: gui
[2024-06-25 11:31:50 UTC] <raphael> There are a lot of meetings today. Let's see what comes out.
[2024-06-25 11:32:03 UTC] <gui> Boa
[2024-06-25 11:32:09 UTC] <gui> And is the team okay?
[2024-06-25 11:32:38 UTC] <raphael> Everyone great. Just the normal questions about when 2140 comes out to better align the how.
[2024-06-25 11:32:45 UTC] <raphael> *comp
[2024-06-25 11:32:57 UTC] <raphael> But everyone is super animated
[2024-06-25 11:33:18 UTC] <raphael> Did we break BTC sales record yesterday?
[2024-06-25 11:34:18 UTC] <gui> I think so
[2024-06-25 11:34:25 UTC] <gui> Almost $10M
[2024-06-25 11:34:35 UTC] <gui> I'm waiting for confirmation
[2024-06-25 11:34:47 UTC] <gui> It was a really bizarre day
[2024-06-25 11:41:48 UTC] <raphael> Animal. We have the right customers.
[2024-06-25 11:42:16 UTC] <raphael> I'm going to prepare here for the presentation. We'll talk later. Abs
        :+1: gui
[2024-06-25 12:12:41 UTC] <gui> Good luck!
        :pray: raphael

---- 2024-06-26 ----
[2024-06-26 19:15:36 UTC] gui shared file(s) F07AA6E9HR7 with text:

---- 2024-06-30 ----
[2024-06-30 20:29:38 UTC] <raphael> Cory asked me for my opinion on the blurb he is sending to investors…
[2024-06-30 20:29:44 UTC] raphael shared file(s) F07AEFQ5EAE with text: Meu feedback:

---- 2024-07-01 ----
[2024-07-01 04:51:00 UTC] <gui> Good points. I'll raise the ball with the bill
[2024-07-01 21:00:27 UTC] <gui> So, are you going to close for the day?
[2024-07-01 21:00:40 UTC] <gui> What can I play to help with [REDACTED]?
[2024-07-01 21:00:49 UTC] <raphael> [REDACTED] we are in good shape
[2024-07-01 21:01:01 UTC] <raphael> We had a call with them. They will add more people. Overtime too.
[2024-07-01 21:01:17 UTC] <raphael> I have a call with Merkle in a bit
[2024-07-01 21:01:23 UTC] <gui> I poked Josh on 2040 and he emailed Wil
[2024-07-01 21:01:49 UTC] <gui> Will had promised to come back with us after talking to Zach on Friday, but obviously he didn't
:melting_face: raphael
[2024-07-01 21:01:58 UTC] <raphael> [REDACTED] was also a good call
[2024-07-01 21:02:05 UTC] <gui> Pulling teeth....nuna vi
[2024-07-01 21:02:23 UTC] <gui> Can pooling speed up?
[2024-07-01 21:03:13 UTC] <raphael> Sim
[2024-07-01 21:04:41 UTC] <raphael> San will write a summary
[2024-07-01 21:04:46 UTC] <raphael> But we still have 2 calls
[2024-07-01 21:33:34 UTC] <gui> Ok

---- 2024-07-02 ----
[2024-07-02 15:18:58 UTC] <gui> Dude, I need to make two quick charts for this new deck. The model is ready, I just need some fine tuning.
[2024-07-02 15:19:07 UTC] <gui> Can I ask @enrique for help?
[2024-07-02 15:23:16 UTC] <raphael> Call com Zach
:eyes: gui
[2024-07-02 15:23:57 UTC] <gui> I'm here
[2024-07-02 15:24:01 UTC] <raphael> I asked:
How do you see Swan? Where do you see the value in the company? How about mining?
[2024-07-02 15:24:14 UTC] <gui> ok. Good start
[2024-07-02 15:24:26 UTC] <raphael> Catching up… I'm already in the middle of the conversation here.
[2024-07-02 15:24:32 UTC] <raphael> There will be a delay
[2024-07-02 15:24:39 UTC] <gui> Sem pressa

[2024-07-02 15:24:46 UTC] <raphael> In London - 2 months now

[2024-07-02 15:25:39 UTC] <raphael> Here's how we work:
• I have 60 companies in portfolio
• There are like 4 "Raphas" I speak to frequently / almost daily basis

[2024-07-02 15:25:54 UTC] <raphael> They like to throw money in several places. Then focus in the ones working.

[2024-07-02 15:26:04 UTC] <raphael> From 60 - he has 4 in that category

[2024-07-02 15:26:08 UTC] <raphael> We're one

[2024-07-02 15:26:32 UTC] <raphael> Then they think about expansion plans

[2024-07-02 15:27:22 UTC] <raphael> For example - they invest in hotels. One of these 4 is a guy running hotels in Europe. Now he's exploring how he can leverage his knowledge into the Caribean for example.

[2024-07-02 15:27:46 UTC] <raphael> For mining we're in a good position to become the same thing. Crushing it.

[2024-07-02 15:28:07 UTC] <raphael> Going back to Swan

[2024-07-02 15:28:53 UTC] <raphael> Here's the dilema in his mind:
• Mining is well established now
• Everything else is a venture capital bet

[2024-07-02 15:29:07 UTC] <raphael> Almost a hobby at this point

[2024-07-02 15:29:23 UTC] <raphael> And it is a distraction

[2024-07-02 15:30:09 UTC] <raphael> He understands becoming a mining company is not sexy and not the best to satisfy egos - much sexier to run a media company

[2024-07-02 15:30:58 UTC] <raphael> But with that in mind he cannot pay a premium for something he doesn't see value. Then on mining he sees value but he doesn't want to pay for his own upside. Doesn't make sense.

[2024-07-02 15:31:39 UTC] <raphael> The series C burned a lot of political capital with them. We're all spending time in something that he knows it's important to us but not to them.

[2024-07-02 15:31:39 UTC] <gui> Tracking

[2024-07-02 15:31:59 UTC] <gui> I have no problem running a mining company for the record
        :this_bold: raphael

[2024-07-02 15:32:01 UTC] <raphael> I told him this statement gets me VERY nervous - they are our best partners. Should not be the case.

[2024-07-02 15:32:38 UTC] <raphael> What he sees at Swan is similar to what he sees at Tether.

[2024-07-02 15:32:49 UTC] <gui> USDT is massive

[2024-07-02 15:32:53 UTC] <gui> Bitfinex is a distraction

[2024-07-02 15:33:00 UTC] <raphael> Exactly

[2024-07-02 15:33:11 UTC] <gui> but is the origin of the company

[2024-07-02 15:33:11 UTC] <raphael> They all agreed that nothing can impact Tether

[2024-07-02 15:33:15 UTC] <gui> hard to let it go, etc

[2024-07-02 15:33:28 UTC] <raphael> They have 8 people completely independent running it

[2024-07-02 15:34:14 UTC] <gui> Only 8 people play Tether - insane

[2024-07-02 15:34:32 UTC] <raphael> Nothing can never come close to impact that part of the

business. None of us thought it would become what it did, not even Giancarlo. We recognize we're lucky. But we also recognize we can't fuck that up.

:100: gui

[2024-07-02 15:35:08 UTC] <raphael> The Swan brand has value but not worth canibalizing the rest of business

[2024-07-02 15:35:25 UTC] <gui> What does he mean by that?

[2024-07-02 15:35:58 UTC] <raphael> Zach and Jared were looking at the cap table - the mining team is not even there. Or very unbalanced.

[2024-07-02 15:36:06 UTC] <raphael> 2140 fixes that

[2024-07-02 15:36:16 UTC] <gui> Yeo

[2024-07-02 15:36:21 UTC] <gui> Yep

[2024-07-02 15:36:36 UTC] <raphael> Worries him that it doesn't seem like sometimes Swan looks before diving

[2024-07-02 15:36:43 UTC] <gui> We need to fix big time

[2024-07-02 15:36:55 UTC] <from> captable

[2024-07-02 15:37:00 UTC] <raphael> Venture Capital mentality

[2024-07-02 15:37:04 UTC] <raphael> Try everything

[2024-07-02 15:37:12 UTC] <raphael> Keep shooting at everything

[2024-07-02 15:37:24 UTC] <raphael> But now it's time to focus

[2024-07-02 15:37:30 UTC] <gui> That's what we're fixing

[2024-07-02 15:37:33 UTC] <gui> Sim, 100%

[2024-07-02 15:37:38 UTC] <raphael> He is well aligned with us

[2024-07-02 15:37:42 UTC] <raphael> More than I thought

[2024-07-02 15:38:11 UTC] <gui> This is exactly the conversation we are having internally

[2024-07-02 15:38:22 UTC] <gui> 100% aligned

[2024-07-02 15:38:42 UTC] <raphael> There's an opportunity in mining we're not even talking about. If it's independent it has access to many other opportunities. It can raise debt. He knows companies selling EH now for $150/EH. We could do that in a bull market.

[2024-07-02 15:38:54 UTC] <raphael> We will never tell you to spin it off

[2024-07-02 15:38:58 UTC] <raphael> It's your decision

[2024-07-02 15:39:08 UTC] <raphael> But Zach thinks it is the right onw

[2024-07-02 15:39:18 UTC] <raphael> And that it's inevitable

[2024-07-02 15:39:20 UTC] <gui> what about G?

[2024-07-02 15:39:25 UTC] <gui> exactluy

[2024-07-02 15:39:27 UTC] <raphael> Year end you will be at 20 EH

[2024-07-02 15:39:36 UTC] <raphael> It's a gigantic business

[2024-07-02 15:39:41 UTC] <gui> Quanto mais Mining scales, more inevitable it becomes

[2024-07-02 15:39:47 UTC] <gui> Yep

[2024-07-02 15:40:02 UTC] <raphael> It does need to be its own company

[2024-07-02 15:40:20 UTC] <gui> It's a little bit like Tether - we never imagined it would scale as fast

[2024-07-02 15:40:36 UTC] <gui> and now we are going through the process of untangling it

[2024-07-02 15:40:38 UTC] <raphael> It's mind bogling how we run the operations with 9

people
[2024-07-02 15:40:39 UTC] <gui> it will take time
[2024-07-02 15:40:54 UTC] <raphael> He also sees people starting to question their payouts
[2024-07-02 15:41:15 UTC] <raphael> San, for example, may be recruited by a competitor with stock in a heatbeat
[2024-07-02 15:41:30 UTC] <gui> Yep
[2024-07-02 15:41:32 UTC] <raphael> If the business loses a few of you, it's done
[2024-07-02 15:41:42 UTC] <gui> Thats why - PLEASE PRIORITIZE 2140
[2024-07-02 15:41:57 UTC] <gui> cash flow solves for it
[2024-07-02 15:42:13 UTC] <raphael> Zach said that for the record he would cover any offer any key people have. Would hire them through Tether if needed.
[2024-07-02 15:42:15 UTC] <gui> and if we spin off, equity
[2024-07-02 15:42:45 UTC] <raphael> Told him I don't want it to get to that point - of people leaving - we need to sort 2140.
[2024-07-02 15:42:59 UTC] <gui> yes - so simple and so close
[2024-07-02 15:43:23 UTC] <raphael> He asked how I'm personally getting paid from 2140. And what is the plan for the team.
[2024-07-02 15:43:34 UTC] <gui> highlevel
[2024-07-02 15:43:44 UTC] <gui> don't get into much specifics
[2024-07-02 15:43:50 UTC] <gui> but frame as partners
[2024-07-02 15:43:58 UTC] <raphael> Bonus pool / partners
[2024-07-02 15:44:02 UTC] <gui> Yep
[2024-07-02 15:44:12 UTC] <gui> it's a good and fair model
[2024-07-02 15:44:17 UTC] <gui> we just need to implement
[2024-07-02 15:44:23 UTC] <gui> where is Will??
[2024-07-02 15:44:54 UTC] <gui> confirm no appetite for going public as standalone mining
[2024-07-02 15:45:22 UTC] <raphael> How much for Swan?
[2024-07-02 15:45:22 UTC] <gui> and asks if he spoke to Will on Friday
:+1: raphael
[2024-07-02 15:45:30 UTC] <gui> ah, nao would enter the
[2024-07-02 15:45:47 UTC] <raphael> I said it's still generic but this is the model
[2024-07-02 15:45:59 UTC] <gui> sim
[2024-07-02 15:46:04 UTC] <gui> and question from [redacted]
[2024-07-02 15:46:10 UTC] <gui> what if he saw ATH yesterday
[2024-07-02 15:46:26 UTC] <raphael> 2140 - Will needs a list of all investments, dates, amounts, purposes.
[2024-07-02 15:46:33 UTC] <gui> easy
[2024-07-02 15:46:39 UTC] <raphael> ^he had asked for this in Miami. I'll organize it.
[2024-07-02 15:46:48 UTC] <from> Let's jump on it
[2024-07-02 15:46:52 UTC] <raphael> There's more he needs but send over this and he'll be back
[2024-07-02 15:46:58 UTC] <raphael> Copy Zach + Jared
[2024-07-02 15:47:04 UTC] <gui> Ok

[2024-07-02 15:47:07 UTC] <gui> boa
[2024-07-02 15:47:15 UTC] <raphael> We're there commercially
[2024-07-02 15:47:33 UTC] <raphael> Will needs to organize everything - Zach told him to prioritize
[2024-07-02 15:47:50 UTC] <gui> Ok
[2024-07-02 15:47:55 UTC] <raphael> Back to Swan….
[2024-07-02 15:48:39 UTC] <raphael> Listen, the only reason we were ok with even putting an offer on series C was because we realized we could screw with the employees if we didn't. People would be demotivated.
[2024-07-02 15:48:50 UTC] <raphael> But you should not take that deal
[2024-07-02 15:49:00 UTC] <raphael> I'd be happy if you did. Great for Tether.
[2024-07-02 15:49:21 UTC] <gui> yep
[2024-07-02 15:49:22 UTC] <raphael> But it's also a sign you're not making any proper judgement
[2024-07-02 15:49:26 UTC] <gui> we saw that
[2024-07-02 15:49:33 UTC] <gui> exactly
[2024-07-02 15:49:34 UTC] <raphael> And that there's no other capital
[2024-07-02 15:49:37 UTC] <gui> to trap
[2024-07-02 15:49:58 UTC] <raphael> I know Cory was not offended - he told me. But he should.
[2024-07-02 15:50:22 UTC] <gui> Cory is a business person
[2024-07-02 15:50:30 UTC] <gui> this is business - no point to get emotional
[2024-07-02 15:50:35 UTC] <gui> you guys are great partners
[2024-07-02 15:50:41 UTC] <gui> and the message was clear
[2024-07-02 15:50:44 UTC] <raphael> The market is also telling you that there's something off
[2024-07-02 15:50:46 UTC] <gui> We appreciate the gesture
[2024-07-02 15:50:54 UTC] <gui> Yep
[2024-07-02 15:50:56 UTC] <gui> We know that
[2024-07-02 15:51:04 UTC] <gui> it became disjointed
[2024-07-02 15:51:35 UTC] <raphael> Going through the replacement model now
[2024-07-02 15:51:40 UTC] <raphael> ASIC replacement
[2024-07-02 15:52:02 UTC] <raphael> Report is amazing again. Loved the analysis on potential upgrades.
[2024-07-02 15:52:07 UTC] <raphael> Let's analyze the key sites
[2024-07-02 15:52:41 UTC] <raphael> I'll share the spreadsheet - it's in the report - the analysis is all there
[2024-07-02 15:52:54 UTC] <raphael> [redacted]
[2024-07-02 15:53:28 UTC] <raphael> Let's leave. Next time, even if it requires us paying to breach, we should consider with partners that are not consistent.
[2024-07-02 15:53:38 UTC] <raphael> They promised to be back a few times and nothing
[2024-07-02 15:53:48 UTC] <gui> yep - we lost faith
[2024-07-02 15:53:53 UTC] <gui> not professionals
[2024-07-02 15:54:00 UTC] <raphael> Told him it's free storage as we move out

[2024-07-02 15:54:07 UTC] <raphael> He likes that. Makes sense.
[2024-07-02 15:54:07 UTC] <gui> yep
[2024-07-02 15:54:21 UTC] <gui> paid storage, as we will be mining again
[2024-07-02 15:54:30 UTC] <gui> He is in a good mood
[2024-07-02 15:54:34 UTC] <gui> he will approve [REDACTED]
[2024-07-02 15:54:43 UTC] <gui> I think G delegated it to him
[2024-07-02 15:54:44 UTC] <raphael> [REDACTED] now
[2024-07-02 15:54:52 UTC] <gui> let's go in the morning
[2024-07-02 15:55:10 UTC] <raphael> We like the deal. We're just waiting to see more machines online. Would be irresponsible to throw more money now.
[2024-07-02 15:55:43 UTC] <raphael> We're ok missing the deal, we don't want to miss it, but it's a proper risk to take.
[2024-07-02 15:56:02 UTC] <gui> It tops close the site, but not the machines?
[2024-07-02 15:56:05 UTC] <raphael> Get close to 10 EH/s and I think G will have a different opinion
[2024-07-02 15:56:17 UTC] <gui> Ok
[2024-07-02 15:56:20 UTC] <gui> working on it
[2024-07-02 15:56:34 UTC] <raphael> Saw the updates on the report - looking good
[2024-07-02 15:56:38 UTC] <raphael> We're in good shape
[2024-07-02 15:56:41 UTC] <gui> is it worth exploring to close the website but not the machines?
[2024-07-02 15:56:58 UTC] <raphael> I mentioned it but he said it's not worth opening the conversation again
[2024-07-02 15:57:03 UTC] <gui> Ok
[2024-07-02 15:57:06 UTC] <gui> let's deploy
[2024-07-02 15:57:10 UTC] <gui> we lose, we lose
[2024-07-02 15:57:11 UTC] <raphael> Vou wrap up
[2024-07-02 15:57:13 UTC] <raphael> Anything else?
[2024-07-02 15:57:17 UTC] <gui> others will appear
[2024-07-02 15:57:23 UTC] <gui> no, I think that's it
[2024-07-02 15:57:27 UTC] <gui> ends nessa good note
[2024-07-02 15:57:32 UTC] <gui> thanks the partner
[2024-07-02 15:57:37 UTC] <gui> and the frank conversation
[2024-07-02 15:57:43 UTC] <raphael> Cowa - was urgent also and took longer than expected. You'll be fine with [REDACTED] They won't go anywhere.
[2024-07-02 15:58:00 UTC] <gui> our goal is to build something together for the next 10 years
[2024-07-02 15:58:11 UTC] <raphael> Done
[2024-07-02 15:58:16 UTC] <gui> open and frank conversations are the foundaiton
[2024-07-02 15:58:35 UTC] <gui> call me here when you're done
[2024-07-02 15:58:38 UTC] <raphael> It's more aligned than I thought
[2024-07-02 18:38:57 UTC] <gui> Will moved - finally!
:pray: raphael
[2024-07-02 18:39:53 UTC] <raphael> Zach definitely called him

[2024-07-02 20:55:33 UTC] <gui> Dude, do you have the link to that table?
[2024-07-02 20:55:39 UTC] <gui> do slide 11
[2024-07-02 20:55:43 UTC] <gui> with comps?
[2024-07-02 22:06:39 UTC] <raphael>
<https://docs.google.com/spreadsheets/d/1OYKXuJ4p9b_fKxldEm5iV0LO7OCMsZilSJgXonkxBVQ/edit?gid=238694506#gid=238694506>

---- 2024-07-03 ----
[2024-07-03 14:14:40 UTC] <gui> Listening?
[2024-07-03 14:42:09 UTC] <raphael> I arrived here at the office
[2024-07-03 16:39:09 UTC] <gui> How do we structure this cap table?
[2024-07-03 16:39:23 UTC] <gui> What would be your base design?
[2024-07-03 16:39:36 UTC] <gui> Thinking about Tether, Swan, Nos, Alex, Time
[2024-07-03 16:39:42 UTC] <raphael> 10% for Swan is fair. 50% Tether. 40% distributed internally.
[2024-07-03 16:39:59 UTC] <raphael> But that's a conversation for the future
[2024-07-03 16:40:05 UTC] <gui> Sim
[2024-07-03 16:40:43 UTC] <gui> I think 10% will be bad - difficult to defend with investors etc.
[2024-07-03 16:40:51 UTC] <gui> but later on
[2024-07-03 16:41:23 UTC] <gui> my opening bid would be Tether 45, Swan 30, team 25
[2024-07-03 16:41:34 UTC] <gui> anyway, future conversation
[2024-07-03 16:42:38 UTC] <raphael> 30 for Swan will tighten the team up. It can't be 25... The account won't close.
[2024-07-03 16:43:25 UTC] <gui> I also think that Tether doesn't want more than 40%, right?
[2024-07-03 16:43:36 UTC] <gui> They don't want to have close to control
[2024-07-03 16:43:38 UTC] <raphael> Not the ordinary ones…
[2024-07-03 16:43:42 UTC] <gui> sim
[2024-07-03 16:44:06 UTC] <gui> How would you divide the team?
[2024-07-03 16:46:21 UTC] <raphael> It's easy.
I keep playing. I would be CEO. San could be the COO, Alex the head of operations and procurement. Kar under him. Enrique and João under the San.
We're going to need someone in Legal. Maybe Bill is the option but you have to think about it.
Need a CFO. In the short term, Tyler organizes finances.
I think that's it.
[2024-07-03 16:47:05 UTC] <raphael> You have to think about whether there is anyone else to bring from other areas…
[2024-07-03 16:47:40 UTC] <raphael> Rafa can play tech Not CTO material yet. But it will be.
[2024-07-03 16:47:40 UTC] <gui> 1 HR person
[2024-07-03 16:48:02 UTC] <gui> We moved 3 Tech people
[2024-07-03 16:48:20 UTC] <gui> I think JP is stronger than Bill
[2024-07-03 16:48:23 UTC] <raphael> :+1:
[2024-07-03 16:56:53 UTC] <gui> Damn, I did the same!!
[2024-07-03 16:57:07 UTC] <gui> Hahaha - Parabens!

[2024-07-03 16:57:58 UTC] <gui> Happy anniversary
[2024-07-03 17:00:58 UTC] <raphael> Valeu!

---- 2024-07-06 ----
[2024-07-06 20:44:44 UTC] <raphael> Oops. I saw the request there for DD. What is the question and what exactly do they want? Kinda sensitive to show detail.
[2024-07-06 21:52:48 UTC] <gui> Broad question from Brian Estes' background. What are you fleet?
[2024-07-06 21:53:05 UTC] <gui> We can give highlevel
[2024-07-06 21:53:22 UTC] <gui> But we need to respond with some data
[2024-07-06 21:56:10 UTC] <raphael> I would respond something like:

Mostly newer generation Bitmain. [REDACTED] Our fleet efficiency is above all public companies currently.

He knows how much we have online on deck.
[2024-07-06 21:56:38 UTC] <raphael> It wouldn't give the number of machines.
[2024-07-06 21:57:07 UTC] <raphael> We can include the graph comparing our efficiency
[2024-07-06 22:02:28 UTC] <gui> Sim
[2024-07-06 22:02:31 UTC] <gui> Closed
[2024-07-06 22:03:20 UTC] <raphael> I think it answers well. He must want to know if the machines are new and more efficient.
[2024-07-06 22:04:49 UTC] <gui> Exactly
[2024-07-06 22:04:53 UTC] <gui> I'll do it and show you
:+1: raphael

---- 2024-07-08 ----
[2024-07-08 05:58:50 UTC] <gui> Rapha, I updated this model to make it more real and feasible. I touched everything except mining. Mining is so complex - it is impossible for anyone who is not an expert to understand how we model the business. Honestly, I wouldn't waste too much time on this - I think the only change we have to make is to make it more feasible with where we are today, August, the end of the year and then strong but feasible projections for 2025+.

<https://docs.google.com/spreadsheets/d/1O_DZBv5a8tdpDQpba2vXZBEO5vWUgNHj3HX5c9vLhI4/edit?gid=409089553#gid=409089553>
[2024-07-08 05:59:25 UTC] <gui> If you update the projections, I'll run the charts with Dave
[2024-07-08 05:59:39 UTC] <gui> Let's exchange ideas tomorrow about next steps too
[2024-07-08 06:00:02 UTC] <gui> I think the in-person meeting with G in two weeks will be critical.
[2024-07-08 09:02:14 UTC] <raphael> Okay. I'll take a look this morning. When it's organized, give me a call.