# EXHIBIT K

# Redacted Version of Document Proposed To Be Filed Under Seal

———

San Call / Zach

He sees no value at Swan at all
Supports the unwind
This is where the value is
They know that - even G
Swan is a venture thing
Capital went no where
Keep doing what we're doing
Get on a call with us ahead of meeting G next week
He knew many of the issues
Cory / Gui involvement | Very distant
Cap table at Swan
Best thing to business
Zach mentioned political capital
▓▓▓done without shit on Series C
Cory has to realize they can take away tomorrow
Next step - call 3 of us
Misrepresenting valuation
Pledging 2040 to Trust

July 12, 5:36 AM
*Current version*
● Raphael Zagury

▸ July 11, 9:30 AM                    ⋮
● Raphael Zagury

June

▸ June 28, 10:45 AM
● Raphael Zagury

▸ June 28, 10:01 AM
● Raphael Zagury

▸ June 28, 9:42 AM
● Raphael Zagury

June 28, 9:35 AM
● Raphael Zagury