# EXHIBIT L

Project NXT Mining

PRIVATE AND CONFIDENTIAL

## EXECUTIVE SUMMARY

Corporate evolution often sees substantial value creation unlocked by unbundling siloed divisions within larger organizations into independent entities. Examples like PayPal and Agilent show significant value creation through spin-offs. In a similar vein, Swan Mining has grown to become the most significant part of Swan's business. At this juncture, we see a compelling case to unbundle Swan Mining into a new independent entity ("NewMiningCo") to maximize value creation opportunities while minimizing any associated challenges with remaining under Swan, which has introduced operational complexities and strategic and cultural misalignments.

By creating NewMiningCo, we can drive greater efficiency, strategic focus, and enhanced returns. Furthermore, it positions NewMiningCo to independently structure and optimize its capital framework. This move serves to ensure continued transparency and operational excellence, and is supported by market timing, the mining team's advocacy, and feedback from outside partners.

## CURRENT STATE OF THE BUSINESS AND OUTLOOK

| 142,347 | $15.18 $/TH | 22.54 J/TH | 137.51 TH |
|---|---|---|---|
| ASICs Acquired | Average Acquisition Cost | Fleet Efficiency | Average Rating |
| 19.58 EH/s | 3.80% | 441 MW | 12.83 EH/s |
| Acquired Hashrate | % Share of Network (fully deployed vs. today's network hashrate) | Energy Needs at Full Deployment | Assigned Hashrate |
| 2,156 ₿ | 853.70 ₿ | 14 | 65.5% |
| Mined since launch | at 2040 Treasury* | Mining Sites | Assigned / Acquired |

*All numbers as of July 18th, 2024*

*\* Excludes hosting deposits and cash balances*

TETHER-004-0017721

Project **NXT** Mining
PRIVATE AND CONFIDENTIAL

Reflecting on the past year since our launch, we are proud of the significant milestones we've achieved, including reaching an all-time high hashrate of 9.02 EH/s on July 19, 2024. We are currently in a ramp-up phase, with various deliveries and site energization plans coming to fruition. Notably, in July 2024, we expect to energize the following sites:

- Digihost - 2.2 EH/s (fully deployed and being energized now)
- Beowulf - 2.7EH/s (fully deployed, re-energization TBD)
- GeoBitmine - 0.1EH/s (partially deployed)

During deployments, we've learned that a certain level of adjustment is usually necessary. While some sites come online faster than others and delays may occur at others, the key takeaway is that the business is well-positioned to achieve our goal of surpassing 20 EH/s in 2024. Further details on the site pipeline are shown below:



Mining Deployment Schedule: Pipeline and Hashrate Evolution

Green: Contracted   Orange: Expected - High Likelihood   Yellow: Expected - Medium Likelihood

TETHER-004-0017722

Project NXT Mining

PRIVATE AND CONFIDENTIAL

Below we provide some further detail on some key projects that will likely be energized in the short-term:

| Site | Energization Start - End | Hashrate EH/s | Notes |
|---|---|---|---|
| BitDeer* (Rockdale) | Aug-Sep | 3.3 | Membership subscription. ASICs, logistics and deployment plan in place. Site can be energized in 1 month. |
| GeoBitmine | Aug-Sep | 0.3 | Site preparation work is being concluded and we expect initial energization around 1 August. |
| Acrohash (Texas) | Aug-Sep | 1.8 | Deployment to commence the week of 29 July. We expect the first half of the deployment to be fully energized by mid-August. |
| Poolin (Texas) | Aug-Sep | 2.0 | Contract talks are in the final stages of negotiation with closing expected in the week of 22 July. We expect energization efforts will commence in August once site upgrade works are completed. |
| Oklahoma (OK City) | Sep-Oct | 2.6 | Initial site preparation work has commenced with key vendors engaged. Infrastructure has been sourced and secured. |
| AU03 (Tasmania) | November | 1.2 | Data center infrastructure fabrication is underway in the US while site preparation work in Tasmania is progressing well. |
| Total | | 11.1 | |

* BitDeer project pending review and approval

TETHER-004-0017723

Project NXT Mining

PRIVATE AND CONFIDENTIAL

## KEY RATIONALE FOR UNBUNDLING



**1 |   UNLOCK CONSTRAINED VALUE; MINING-ONLY COMMITMENT**

The mining industry demands specialized focus and agility to effectively capitalize on time-sensitive market opportunities and navigate sector-specific challenges. While the mining business has largely operated independently from Swan, its potential has been constrained on two key fronts:

- **Diversion of Focus**: Key personnel have been required to divert their focus from mining to ancillary Swan-centric matters.

- **Operational Inefficiencies**: Swan-centric personnel and processes have hampered the capacity of the mining business to operate efficiently and effectively within the nuanced mining landscape.

By unbundling the mining business, NewMiningCo will commit to focusing exclusively on effective capital and resource allocation in mining, maximizing our hashrate production, and improving fleet efficiency. As a standalone business with its own processes and streamlined operational capabilities, and motivated by better-aligned incentives, clear accountability, and performance metrics, the mining team will be better positioned to unlock considerable growth and value.

Private and Confidential

TETHER-004-0017724

## 2 | MITIGATE UNNECESSARY RISKS

Swan, as a distinct business from the mining operation, offers limited synergistic value while presenting unnecessary risks, including regulatory compliance, reputational risks, and potential internal governance issues. Managing these issues is more straightforward and efficient for a smaller entity. To this end, it is proposed that NewMiningCo will implement enhanced governance with clear lines of sight.

## 3 | ENHANCE THE CAPITAL STRUCTURE

An independent entity will benefit from a much cleaner and more transparent capital structure, making the investment story easier for future investors to understand. This transparency opens the door for opportunities like debt financing, which can provide additional capital for growth and expansion. In the long term, equity in NewMiningCo can also serve as valuable currency for mergers and acquisitions, as well as for attracting and retaining top talent. Additionally, maintaining the option for an IPO ensures that we can capitalize on market conditions if and when going public makes strategic sense.

TETHER-004-0017725

Project **NXT** Mining

PRIVATE AND CONFIDENTIAL

# PROPOSED NEW STRUCTURE

## 1 | BUSINESS ENTITY FORMATION

NewMiningCo will be established as a fully independent company, incorporated after an initial legal review with investment partners to determine the appropriate vehicle and structure.

## 2 | GOVERNANCE AND MANAGEMENT

A dedicated board of directors will be formed, comprising representatives from our investment partners, key stakeholders, and independent experts. This board will ensure balanced governance and strategic oversight. The management team will consist of experienced professionals from our current team, ensuring continuity and deep industry knowledge. Our proposal includes two seats for NewMiningCo, two seats for Tether, and one seat for an independent board member jointly appointed.

## 3 | OPERATIONAL INDEPENDENCE

NewMiningCo will operate with its own dedicated operational facilities, IT systems, and support functions. Financial independence will be achieved through dedicated funding arrangements and separate financial reporting.

## 4 | STRUCTURE PROPOSAL

We propose an equity structure that balances the interests of both Tether and MiningTeamCo. This will be achieved through an incentive-based equity split, coupled with a long-term vesting schedule. Initially, Tether will hold a larger share of the economics, which will gradually dilute over time as the team is rewarded for operational delivery and loyalty according to pre-established parameters in terms of time and KPIs.

Currently, the proposed 2140 structure would result in an initial 80-20 split in favor of Tether that would flip to 50-50 after tranche repayments; this

TETHER-004-0017726

Project NXT Mining

PRIVATE AND CONFIDENTIAL

essentially results in an approximately 70-30 split in favor of Tether. We suggest beginning with this 30% split, with the mining team's 30% share granted as options vesting over a 5-year horizon. Vesting will occur monthly, starting from each team member's employment date, with a 1-year cliff and monthly vesting thereafter. Additionally, further options will be granted to the mining team which could potentially increase their share to 40% but only upon achieving key operational milestones. The proposed ratchet-up scenario is as follows:

- At inception: Start with a 70-30 split, with a 5-year vesting horizon.

- At 30 EH/s: Shift to a 65-35 split, with a 3-year vesting horizon for the additional 5% starting at the date when the KPI is achieved.

- At 50 EH/s: Make a final adjustment to a 60-40 split, with a 3-year vesting horizon for the additional 5% starting at the date when the KPI is achieved.

This structure incentivizes the team to achieve key operational milestones, ensuring alignment with the business's growth and success. The potential return on capital implications, assuming conservative assumptions, are shown in the table below:

| Estimated Total Capital Contribution[1] | Hashrate (EH/s) | Pubco Multiples ($m per EH/s) | MiningNewCo Valuation | Proposed Share (Fully Vested) | Implied Tether Value | Tether ROI |
|---|---|---|---|---|---|---|
| $350m | 19.6 | 164 | $3,214m | 70% | $2,250m | 6.4x |
| $594m | 30.0 | 164 | $4,920m | 65% | $3,198m | 5.4x |
| $1,111m | 50.0 | 164 | $8,200m | 60% | $4,920m | 4.4x |

Importantly, the market multiple above is based on a peer group with a higher cost to mine BTC than MingTeamCo and, for the purposes of the above calculations, total capital contribution has been inflated[1] over time.

---

[1] For the growth to 30 EH/s we assume an all-in deployment cost of $23.50/TH. For the growth from 30 EH/s to 50 EH/s we assume an all-in cost of $25.85/TH.

TETHER-004-0017727

Project **NXT** Mining

**PRIVATE AND CONFIDENTIAL**

## TEAM

The Mining Team[2] has primarily operated independently from the Swan team and broader organization, developing its own unique culture, processes, and identity. Below, we identify the key individuals who have significantly contributed across various functions in the mining business. All members have confirmed their willingness and enthusiasm to transition to NewMiningCo. The cap table and long-term incentive structure within



NewMiningCo have been presented to and accepted by the team. Over time, we expect to incrementally add individuals to key roles such as CFO and CTO. However, we have purposefully pursued a small team structure and anticipate limited growth in headcount, particularly in senior ranks. This is on the basis that (1) the team has already proven independent capability; and (2) by remaining lean, with limited SG&A overheads, we can continue to position NewMiningCo with a super cost advantage.

To ensure continuity and proper performance-based incentives for the team, we plan to institute a long-term incentive plan that will allow the team to realize their equity allocations over a five-year period.

### NEW MININGCO Day 1 OPERATING STRUCTURE

```
                        ┌─────────────────────────┐
                        │      NewMiningCo         │
                        └─────────────────────────┘
                                    │
                        ┌─────────────────────────┐
                        │      CEO / CTO           │
                        │      Rapha Zagury        │
                        └─────────────────────────┘
        ┌──────────────────┬─────────────┴────────────┬──────────────────┐
   ┌──────────┐      ┌──────────┐          ┌──────────────────┐   ┌──────────────┐
   │   COO    │      │ CSO / CIO │          │ Rafa Monteleone  │   │ Bill Belitsky│
   │Alex Holmes│     │San Naidoo │          │ Lucas Vasconcelos│   │   Max Berg   │
   └──────────┘      └──────────┘          └──────────────────┘   └──────────────┘
        │                  │
   ┌──────────┐      ┌──────────────────┐
   │ Jin Wen  │      │  Tyler Effertz   │
   │ Kar Sola │      │  Tom Furlong     │
   │Dan Tuzzio│      │Enrique Romualduez│
   └──────────┘      │  Aleks Dozic     │
                     └──────────────────┘
```

[2] Please see the Appendix for a full list of the Mining Team and their respective roles.

Private and Confidential

TETHER-004-0017728

Project NXT Mining
PRIVATE AND CONFIDENTIAL

## TRANSITION PLAN AND TIMING

| Task | Timeframe | Status |
|---|---|---|
| Secure Swan cooperation | 1-2 weeks | In progress |
| Setup entities | 1-2 weeks | In progress, seeking advice |
| Alignment with Tether on structure | 1-2 weeks | In progress |
| Asset transition plan / Tax structuring | 1 month | In progress |
| Technology setup/transition | 1 week | E-mails / documents, AWS, B:NOC |
| Employee contracting | 2-3 weeks | Verbal agreements to contract |
| Hosting contract reassignment | 1 month | In progress |
| Key stakeholder communications | 1 week | Drafting |

## SHORT-TERM BUDGET REQUIREMENTS

| Line Item | $ / Month | Notes |
|---|---|---|
| Salaries and Benefits | $270,833 | Estimate of $250k annually for 13 employees |
| Tech / software | $10,000 | G Suite, AWS, Slack, Payroll, Foreman |
| Legal* | $15,000 | Advice on structuring, Entity creation |
| Travel | $15,000 | Operational team site visits |
| Total | $310,833 | Monthly Budget |

* This is an estimated average. Potentially Legal fees will be concentrated in the first few months to cover entity creation, structuring and tax advice.

In terms of short-term working capital needs, we anticipate needing to cover around $310,000 on a monthly basis to keep operations running smoothly and ensure all essential expenses are met. This is a very rough estimate and subject to some adjustment.

TETHER-004-0017729

# KEY SHORT-TERM RISKS AND MITIGATION PLANS

## 1 | HOSTING PARTNERS

Hosting partners may query why the business has been unbundled. However, dealings with hosting partners have, to date, been managed by the mining team and therefore there is no reason to expect any change to the status quo of these relationships. Further, there are no provisions within existing hosting agreements or planned hosting arrangements that are contingent on the mining business being a part of Swan.

## 2 | BACK OFFICE FUNCTIONS

There may be some disruption to some administrative functions for the business, such as technology systems and payroll. However, we believe these can be navigated and quickly adjusted.

## 3 | PIPELINE MOMENTUM

During the unbundling process, attention may be diverted from regular business operations, potentially affecting pipeline delivery. However, the mining team is maintaining a paramount focus on sustaining pipeline momentum. Additionally, until the new entities are fully formed and the future structure is finalized, there is a risk of being unable to close valuable transactions and potentially impacting relationships with key stakeholders.

## 4 | BITGO

At present, Swan executives have the ability to initiate and approve transactions in the 2040 Energy LTD BitGo account. This exposes 2040's balance to acts of malfeasance should individuals collude to process transactions. In order to mitigate this risk we have begun the process to remove certain individuals' approval rights and to add a final, necessary approval from Rapha Zagury.

TETHER-004-0017730

## CONCLUSION

Corporate evolution often unlocks significant value by transforming divisions into standalone entities. Swan's mining division has proven highly effective and efficient, achieving a hashrate exceeding 9.02 EH/s and targeting over 20 EH/s by the end of 2024. Now is the time to unbundle this division into a new independent entity, "MiningTeamCo." This will enable focused capital allocation, maximize hashrate production, and improve fleet efficiency. As a standalone business, MiningTeamCo will benefit from aligned incentives, clear accountability, and optimized processes, positioning it for substantial growth and value. Additionally, it will mitigate risks associated with Swan and benefit from a clearer capital structure, driving greater efficiency and returns for all stakeholders.

TETHER-004-0017731

Project **NXT** Mining
PRIVATE AND CONFIDENTIAL

# APPENDIX

## 1 | ASSIGNED TEAM ROLES

| Team Member | Role |
| --- | --- |
| Rapha Zagury | CEO / CTO |
| Alex Holmes | COO |
| San Naidoo | CSO / CIO |
| Dan Tuzzio | Head of Engineering and R&D |
| Tyler Effertz | Head of Finance |
| Bill Belitsky | General Counsel |
| Tom Furlong | Director: APAC |
| Jin Wen | Head of Site Operations |
| Kar Sola | Head of Fleet Optimization |
| Enrique Romualduez | Mining Analyst, Finance Analyst |
| Rafa Monteleone | Mining Analyst, Software Developer |
| Max Berg | Assistant General Counsel |
| Aleks Dozic | Senior Accountant |
| Lucas Vasoncelos | Software Developer |

TETHER-004-0017732