# EXHIBIT M

**To:**          rapha <>, zachary lyons <>, giancarlo devasini <>, paolo ardoino <>, san <>, δισχ hωlmσs <>
**Attachments:** rsmf.zip

Rapha
2024-07-22T05:25:43.0000000Z
Hey
@ZachLyons
-

I'm sure these are on your radar already but some points we've had in mind to consider when proposing the spin off to Swan:

- Release of Liability, non-compete and non-solicitation
:
  ◦ Release of liability for all team members joining NewCo to ensure no future legal claims from Swan. Release from non-competes (if applicable) and non-solicitation clauses.

- Employee Transition
:
  ◦ We will provide a list of employees moving to NewCo.
  ◦ Swan to ensure a smooth transition plan that minimizes business disruption
  ◦ 2040 and/or NewCo will assume their salaries and other compensation related costs.

- Intellectual Property (IP) Transfer
:
  ◦ Ensure an agreement that Swan forgoes all IP rights related to mining to NewCo. This includes any mining technology, source code related to mining (including BNOC) and any other intellectual property developed by the team moving to NewCo.

- Document Transfer
:
  ◦ Ensure that NewCo has unrestricted access documents post-transition. Including but not limited to hosting agreements, contracts and other documents related to mining.
  ◦ Allow NewCo to take over all documents related to mining activities. Regardless of current confidentiality clauses.

- Operational Continuity
:
  ◦ Establish clear timelines and responsibilities for both Swan and NewCo to avoid any operational disruptions.

- Communication Strategy
:
  ◦ Develop a joint communication strategy to inform stakeholders (employees, clients, vendors) about the spin-off.

- Future Parent Company Decisions
:
  ◦ Include clauses to protect NewCo from being impacted by future decisions made by Swan that could affect its operations.

- IT and Infrastructure
:
  ◦ Plan for the transfer of IT infrastructure, including software licenses, hardware, and data.

- Email and Slack Access
:
  ◦ Swan to provide continued access to Swan emails for NewCo team members until it is determined that such access is no longer needed.
  ◦ Ensure a clear process for transitioning email communications to NewCo's domain. Ensure a clear progress to move the mining channels from Slack into a new slack instance.

TETHER-002-0016944

I'll add as I think of other points.

Zachary Lyons
2024-07-22T12:21:10.0000000Z
Hey bud - yep these are all good. The key is going to be Future TopCo decisions, which is what bankruptcy team is working on

Zachary Lyons
2024-07-22T12:21:17.0000000Z
Let's grab a call later today/tom and we can discuss

Rapha
2024-07-22T12:22:11.0000000Z
Sure thing. I'm flying all day today back home. Let's plan for a call tomorrow morning. I'll ping you.

Zachary Lyons
2024-07-22T12:22:19.0000000Z
Cool perfect - safe flight man

Rapha
2024-07-22T17:30:47.0000000Z
Cory just couldn't help himself and tweeted this.


https://x.com/coryklippsten/status/1815429462210539706?s=46

Rapha
2024-07-22T17:31:21.0000000Z
All of this without telling any of us this was coming.

The biggest problem is that it makes it sound like mining failed. Which couldn't be far from reality.

Paolo Ardoino
2024-07-22T17:37:09.0000000Z
He did it to put pressure on Tether.
It was not disclosed how much we invested. I'll start working on a response to keep in our pockets if we need it. Not sure if media will pick up the narrative. But he could speak on background to throw us under the bus

Rapha
2024-07-22T17:40:09.0000000Z
Crazy. I'm not engaging with him.
But we are addressing 1:1 with mining partners reaching out.

Paolo Ardoino
2024-07-22T18:09:45.0000000Z
Ok journalists are contacting us already

Paolo Ardoino
2024-07-22T18:10:23.0000000Z
Asking if swan decision is affecting us.
Can we answer "Our hosted contracts will continue as normal, we don't expect issues or interruptions"?

Rapha
2024-07-22T18:10:47.0000000Z
I think it's important to mention that the mining business always ran as a segregated and independent unit of Swan and nothing has changed. Nothing changes. All contracts remain.

Rapha
2024-07-22T18:11:13.0000000Z
Just the opposite we are growing and the team is unaffected

Rapha
2024-07-22T18:11:28.0000000Z
This message is important to our partners I think

Zachary Lyons
2024-07-22T18:11:53.0000000Z
I think this is good - let's try not to talk too much about future in case it gets legally contentious @rapha_zagury

Zachary Lyons
2024-07-22T18:12:04.0000000Z
But we can say no issues/interruptions etc. easily

Rapha
2024-07-22T18:12:20.0000000Z
Member Action: invite_members

TETHER-002-0016945

Paolo Ardoino
2024-07-22T18:13:51.0000000Z
They don't know we have the majority.
I would reply like:

"Tether's hosted contracts with Swan are unaffected, we don't expect any interruption. The team running such operations is segregated and will continue operating normally."

Paolo Ardoino
2024-07-22T18:13:53.0000000Z
How's it?

Zachary Lyons
2024-07-22T18:14:26.0000000Z
perfect

ΔLΣX HΩLMΣS
2024-07-22T18:14:44.0000000Z
No concerns with any hosts or partners.

Rapha
2024-07-22T18:14:45.0000000Z
"Tether's hosted contracts with Swan's mining entity are unaffected, we don't expect any interruption. The team running such operations is segregated and will continue operating normally."

Rapha
2024-07-22T18:14:52.0000000Z
Small change

Paolo Ardoino
2024-07-22T18:15:51.0000000Z
Ok good

Paolo Ardoino
2024-07-22T18:15:54.0000000Z
We'll use that

Paolo Ardoino
2024-07-22T19:25:10.0000000Z
Coindesk and others have reached out

Rapha
2024-07-22T19:32:08.0000000Z
The piece from the Block is specially bad because it mentions "shuttering the mining unit"

https://x.com/theblock__/status/1815462041559106023?s=46&t=IiqpGCJGPsUn11811U2tyA

ΔLΣX HΩLMΣS
2024-07-22T19:33:07.0000000Z
im gonna reach out to contact there and ask them to revise the language. this is total bs

Paolo Ardoino
2024-07-22T19:34:22.0000000Z
If you need help on that let me know. I know well Frank Chaparro.
It needed I could tell him you guys will give them an exclusive

San
2024-07-22T19:47:13.0000000Z
Hi all - Bill drafted this Board resolution paper to move the coins from BitGo to Bitfinex. Please let us know if you have any changes or edits and then we can circulate for signature. Cory is receiving a copy to review as well. Happy to send over email if that's a better channel. 🙈

ΔLΣX HΩLMΣS
2024-07-22T19:47:30.0000000Z
I think if we could ask him to revise the article to make it clear that 2040 operations are unencumbered and operationally unaffeceted by the Swan announement. that is sufficient.

Paolo Ardoino
2024-07-22T19:47:56.0000000Z
He would want to talk to someone

ΔLΣX HΩLMΣS
2024-07-22T19:49:00.0000000Z
not sure how to navigate that while we are technically engaged with Swan still

Rapha

TETHER-002-0016946

2024-07-22T19:54:04.0000000Z
Paolo you could tell him that we're going a transition period and I'll give him and exclusive as soon as
we're at the other side.

Paolo Ardoino
2024-07-22T19:54:32.0000000Z
Ok

Rapha
2024-07-22T19:55:40.0000000Z
It was nice of Cory of sending this while I'm at an 11hr flight with dial-up internet speeds 🫠😂

Paolo Ardoino
2024-07-22T20:10:20.0000000Z
Hahahaha

TETHER-002-0016947