# EXHIBIT N

---

**To:**                           rapha <>, zachary lyons <>, giancarlo devasini <>, paolo ardoino <>, san <>, δlσx hωlmσs <>

**Attachments:**                  rsmf.zip

Rapha
2024-07-30T08:43:40.0000000Z

Rapha
2024-07-30T08:45:17.0000000Z
See attached the updated business plan.
@ZachLyons
 we plan to go over this one tomorrow in detail but please let us know if you have any questions ahead of time. Looking forward to seeing you in London.

1