# EXHIBIT P

| | |
|---|---|
| **From:** | Raphael Zagury <raphael@swanbitcoin.com> |
| **Sent:** | Thur 8/8/2024 6:00:33 PM (UTC-07:00) |
| **To:** | Raphael Zagury <raphael@zagury.com> |
| **Subject:** | Fwd: The Future |

---------- Forwarded message ---------
From: **Alex Holmes** <Alex@fadtech.io>
Date: Thu, Aug 8, 2024 at 9:30 PM
Subject: The Future
To: san.naidoo88@gmail.com <san.naidoo88@gmail.com>, San Naidoo <san@swanbitcoin.com>, rapha@swan.com <rapha@swan.com>, raphael@swanbitcoin.com <raphael@swanbitcoin.com>, Raphael Zagury <raphael@zagury.com>


San and Rapha,

I want to let you both know that I have made the decision to terminate my contractor arrangement with Swan, effective as of an hour ago. I am in the process of making arrangements to manage the fleet that we have built together and want you both with me. Call me with any questions.

Alex