# EXHIBIT R

### BitGo Access

| Task | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Proton team access to BitGo | Tether | Pending | Highest Priority | Alternatively, Swan could be instructed to transfer all BitGo USD (USD traded for USDT first) & USDT to Bitfinex via USDT and then BTC via BTC. The USDT and USD is of immediate importance to settle critical AP. | |

### Bitdeer P-Line/Rockdale Memo

| Document | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Finalize all documents for execution | Tether / Proton | Pending | High Priority | Waiting for Delphui to provide board resolutions | |

### Nutron Corporate Documents

| Task | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Provide all Nutron corporate documents | Tether | Pending | High Priority | Needed to open accounts with vendors (as well as bank accounts now that we are aligned on this). Ameristate (an Oklahoma bank) will be our first account. We are working with a referred broker to idenfity another several that will work with our industry. Zach, please confirm you are alright with us pursuing Ameristate. | |

### NetSuite Access for 2040

| Task | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Request access to NetSuite for 2040 | Tether | Pending | Medium Priority | For transition to new accounting system. | |

### Corner Norway Ownership

| Task | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Review legal path for assuming Norway operations under Elektron | Tether | Pending | Medium Priority | Pending decision on whether operations should remain under 2040. | |
| Request documentation to transfer ownership of Corner Norway AS to 2040/Elektron | Tether | Pending | Medium Priority | Form obatined to execute when ready. | |

### Expanding our DD Document Request

| Task | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Review Initial DD Materials | Proton | In Progress | Medium Priority | Proton's review of intial DD reveals that a lot of files, such as hosting agreements and entity formation documents, have not been supplied | |
| Tether to request expanding our DD document request to include all mining related documents on Swan's Finance Google Drive, as well as all the mining related documents on Tyler Effertz's and Aleks Dozic's MyDrive's in Google (which would be a majority of these documents). | Tether | Pending | Medium Priority | Examples for why we need this: Copies of Invoices Accounting Documents Hosting Agreements BDO Tax deliverables Contact Details for Hosting Providers, Vendors, and Suppliers | |

### Accounting/Tax Consultant Deliverables

| Task | Responsible Party | Status | Deadline/Urgency | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|---|
| Would like Tether to request Swan to provide the BDO deliverables related to Norway, Australia, Ethiopia and US Transfer Pricing. See comments for important context. | Tether | Pending | Medium Priority | These deliverables are related to the bills we are planning to refuse to pay that we discussed. Under the 2040 agreement with Swan, Swan must cover all costs related to fulfilling their obligations in the agreement. Those obligations include preparing financial statements, complying with tax regulations, etc. These services Swan engaged BDO for were to assist in fulfilling Swan's obligations to the agreement. They are important for the accounting and tax operations of 2040 so you may want to make this request and obtain these documents before we respond to Swan saying they resonsible for the related bills. | |

### Notice to Hosts

| Host | Notice Status | Responsible Party | Proton Comments/Notes | Tether Comments/Notes |
|---|---|---|---|---|
| CS Global Energy | Required and Sent | Proton Team | Complete | |
| ACDC | Required and Sent | Proton Team | Complete | |
| Beowulf | Required and Sent | Proton Team | Complete | |
| Digihost (both agreements) | Required and Sent | Proton Team | Complete | |
| EZ Blockchain | Required and Sent | Proton Team | Complete | |
| Standard Power | Required and Sent | Proton Team | Complete | |
| Cowa (Norway) | Required and Sent | Proton Team | Complete | |
| IRE (OK) | Required and Sent | Proton Team | Complete | |
| Bitdeer (Norway) | Required but Not Sent | Proton Team | Pending Bitdeer Norway entity formation. | |
| Bitdeer (TN) | Required but Not Sent | Proton Team | Unknown | |
| Ocean Blockchain (Acrohash) | Required but Not Sent | Proton Team | Unknown | |